Mark Connot (10010)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas Nevada 89135
Telephone: 702.262.6899
Fax: 702.597.5503
mconnot@foxrothschild.com

John Shaeffer(*Pro Hac to be submitted*)
Jeff Grant (*Pro Hac to be submitted*)
**FOX ROTHSCHILD LLP**
1800 Century Park East, Suite 300
Los Angeles, California 90067-1506
Telephone: 310.598.4150
Fax: 310.556.9828
jshaeffer@foxrothschild.com
jgrant@foxrothschild.com

William Rudy (*Pro Hac to be submitted*)
**FOX ROTHSCHILD LLP**
1225 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: 303.292.1200
Fax: 303.292.1300
wrudy@foxrothschild.com

*Attorneys for Plaintiffs Pharma Tech Solutions, Inc.
And Decision IT Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHARMA TECH SOLUTIONS, INC. and DECISION IT CORP., | Case No.: 2:16-cv-00564-RFB-PAL |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| LIFESCAN, INC., LIFESCAN SCOTLAND, LTD. and JOHNSON AND JOHNSON | |
| Defendants. | |

In accordance with Fed. R. Civ. P. 7.1. and LR 7.1-1, the undersigned counsel of record for Plaintiffs Pharma Tech Solutions, Inc. and Decision IT Corp. certifies that the following have

Page 1

ACTIVE 39342641v2 03/23/2016

an interest in the outcome of this case:

    Pharma Tech Solutions, Inc.

    Decision IT Corp.

    Decision Diagnostics Corp.

Undersigned counsel certifies that there are no known parties, other than the foregoing entities and Plaintiffs, with a direct, pecuniary interest in the outcome of the case. These representations are made in order to enable judges of the Court to evaluate possible disqualifications or recusal. A supplemental disclosure statement or certification will be filed if any of the information provided herein changes.

Dated: March 23, 2016

FOX ROTHSCHILD LLP

_____
MARK CONNOT (10010)
1980 Festival Plaza Drive, Suite 700
Las Vegas NV 89135
*Attorneys for Plaintiffs Pharma Tech Solutions, Inc. and Decision IT Corp.*

ACTIVE 39342641v2 03/23/2016

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of FOX ROTHSCHILD, LLP, I am over the age of eighteen years, and not a party to the within action. My business address is 1980 Festival Plaza Drive, #700, Las Vegas, Nevada 89135. On *March 23, 2016* served **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** as follows:

- [x] By CM/ECF Filing – with the United States District Court of Nevada. I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the attorney(s) and/or party(ies) listed below.

- [ ] By Facsimile Transmission at or about _____ on that date. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the persons) served as set forth below.

- [ ] By placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, NV, addressed as set forth below.

to the attorney(s) and/or party(ies) listed below at the address and/or facsimile number indicated below:

_____
An employee of FOX ROTHSCHILD