Kelly A. Evans (NV Bar #7691)
Chad R. Fears (NV Bar #6970)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kevans@swlaw.com
          cfears@swlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHARMA TECH SOLUTIONS, INC. and DECISION IT CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> LIFESCAN, INC., LIFESCAN SCOTLAND, LTD., and JOHNSON AND JOHNSON, <br><br> Defendants. | Case No. 2:16-cv-00564-RFB-PAL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT** <br><br> **(FIRST REQUEST)** |

Defendants LifeScan, Inc.; LifeScan Scotland, Ltd.; and Johnson and Johnson (collectively, "LifeScan") file this Stipulation and [Proposed] Order to Extend the Deadline to Respond to the Complaint. LifeScan seeks an additional four weeks, until June 19, 2016, to respond to the complaint. This is LifeScan's first request to extend the deadline. This request complies with Local Rules IA 6-1, IA 6-2, and 7-1. This request is made before the current deadline for responding to the complaint—May 22, 2016. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii) (response due 60 days after plaintiff requests waiver of service). This request is being made to accommodate LifeScan's counsels' previously scheduled vacations. Plaintiffs' counsel has courteously agreed to this extension.

LifeScan had to file an early appearance in order to submit this stipulation. Under LR 26-1, that appearance starts the 30-day window for the parties to hold their Rule 26(f)

conference. Instead, the parties agree that the deadline to conduct a 26(f) conference should be triggered by the filing of LifeScan's Answer.

Accordingly, all parties respectfully ask the Court to order that (1) LifeScan's deadline to respond to the complaint is now June 19, 2016, and (2) the parties' 26(f) conference must be conducted within 30 days of the filing of LifeScan's answer to the complaint.

Dated May 16, 2016

| SNELL & WILMER L.L.P. | FOX ROTHSCHILD L.L.P. |
|---|---|
| By: */s/ Chad R. Fears*<br>Chad R. Fears, Esq.<br>Nevada Bar No. 6970<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV  89169 | By: */s/ Mark J. Connot*<br>Mark J. Connot, Esq.<br>Nevada Bar No. 10010<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated _____

- 2 -