Mark Connot (SBN 10010)
    mconnot@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Tel: 702.262.6899 / Fax: 702.597.5503

Attorneys for Plaintiffs
Pharma Tech Solutions, Inc. and Decision IT Corp.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHARMA TECH SOLUTIONS, INC. and DECISION IT CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIFESCAN, INC., LIFESCAN SCOTLAND, LTD. and JOHNSON AND JOHNSON <br><br> Defendants. | Case No.: 2:16-cv-00564-RFB-PAL <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> (FILING FEE IS $250.00) |

WILLIAM RUDY, Petitioner, respectfully represents to the Court:

1.     That Petitioner is an attorney at law with the law firm of FOX ROTHSCHILD LLP, with offices at 1225 17th St., Ste. 2200, Denver, CO 80202; (303) 292.1200.

2.     That Petitioner has been retained personally or as an employee of the law firm by Plaintiffs PHARMA TECH SOLUTIONS, INC. and DECISION IT CORP. to provide legal representation in connection with the above-entitled case now pending before this Court.

3.     That since 1987, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Missouri where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the Clerk of the Supreme Court or highest admitting court of each state, territory, or insular possession of the United States in

ACTIVE 39358509v1 06/03/2016

which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Missouri state courts | 1987 | 36996 |
| U.S. Patent & Trademark Office | 1989 | |
| U.S. Court of Appeals, Federal Circuit | 1991 | |
| U.S. Supreme Court | 1997 | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6.   That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.   That Petitioner is a member of good standing in the following Bar Associations.

ACTIVE 39358509v1 06/03/2016

Missouri Bar Association

American Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
WILLIAM RUDY

ACTIVE 39358509v1

STATE OF MISSOURI          )
                           )
COUNTY OF Platte           )

  WILLIAM RUDY, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
WILLIAM RUDY

Subscribed and sworn to before me this
25th day of May 2016.

_____
Notary Public or Clerk of Court

BRIQUEA PAWLING
My Commission Expires
August 21, 2018
Clinton County
Commission #14628987

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Mark Connot of FOX ROTHSCHILD LLP, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Mark Connot
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV  89169
Telephone:  (702) 262-6899
Email:  mconnot@foxrothschild.com

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

Page 4 of 5

ACTIVE 39358509v1

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) <u>Mark Connot</u> of FOX ROTHSCHILD LLP as their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

<u>PTSI – Keith M. Berman, Pres.</u>
(type or print party name, title)

_____
(party's signature)

<u>DIT Keith Berman, Pres.</u>
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
MARK CONNOT

<u>10010</u>                mconnot@foxrothschild.com
Bar number              Email address

APPROVED:

Dated: this _____ day of March 2016.

_____
UNITED STATES DISTRICT JUDGE

ACTIVE 39358509v1 06/03/2016