1 Kelly A. Evans (NV Bar #7691)
Chad R. Fears (NV Bar #6970)
2 SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
3 Suite 1100
Las Vegas, Nevada 89169
4 Telephone: 702.784.5200
Facsimile: 702.784.5252
5 Email: kevans@swlaw.com
         cfears@swlaw.com
6
*Attorneys for Defendants*
7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10 PHARMA TECH SOLUTIONS, INC. and
DECISION IT CORP.,
11                                                        Case No. 2:16-cv-00564-RFB-PAL

12           Plaintiffs,                                  **STIPULATION AND [PROPOSED]
                                                          ORDER TO EXTEND THE DEADLINE
13 vs.                                                    TO RESPOND TO THE COMPLAINT**

14 LIFESCAN, INC., LIFESCAN SCOTLAND,                     **(SECOND REQUEST)**
LTD., and JOHNSON AND JOHNSON,
15
             Defendants.
16

17        Defendants LifeScan, Inc.; LifeScan Scotland, Ltd.; and Johnson and Johnson

18 (collectively, "LifeScan") file this Stipulation and [Proposed] Order to Extend the Deadline to

19 Respond to the Complaint. LifeScan seeks additional time, until August 15, 2016, to respond to

20 the complaint. This is LifeScan's second request to extend the deadline. This request complies

21 with Local Rules IA 6-1, IA 6-2, and 7-1. This request is made before the current deadline for

22 responding to the complaint—June 19, 2016. Plaintiffs' counsel has agreed to this extension.

23        The parties are currently discussing the merits of this lawsuit. LifeScan has produced

24 documents to Plaintiffs regarding the accused product, and Plaintiffs have asked for time to

25 review those documents.

26 / / /

27 / / /

28

1   Accordingly, all parties respectfully ask the Court to order that LifeScan's deadline to
2  respond to the complaint is now August 15, 2016.

Dated: June 15, 2016

| SNELL & WILMER L.L.P. | FOX ROTHSCHILD L.L.P. |
|---|---|
| By: */s/ Chad R. Fears*<br>Chad R. Fears, Esq.<br>Nevada Bar No. 6970<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV  89169 | By: */s/ Mark J. Connot*<br>Mark J. Connot, Esq.<br>Nevada Bar No. 10010<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that no further extensions will be allowed.

_____
UNITED STATES MAGISTRATE JUDGE

Dated _ June 21, 2016

24308239.1

- 2 -