Gregory L. Diskant (admitted *pro hac vice*)
Eugene M. Gelernter (admitted *pro hac vice*)
Anthony C. DeCinque (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone:  (212) 336-2000
Fax:    (212) 336-2222
Email:  gldiskant@pbwt.com
        emgelernter@pbwt.com
        adecinque@pbwt.com

Charles D. Hoffmann (admitted *pro hac vice*)
Sean R. Marshall (admitted *pro hac vice*)
HOFFMANN MARSHALL & STRONG LLP
116 W 23rd Street, Suite 500
New York, NY 10011
Phone:  (212) 851-8403
Fax:    (646) 741-4502
Email:  charlie@hmscounsel.com
        sean@hmscounsel.com

Kelly A. Evans (NV Bar #7691)
Chad R. Fears (NV Bar #6970)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Phone:  (702) 784-5200
Fax:    (702) 784-5252
Email:  kevans@swlaw.com
        cfears@swlaw.com

*Attorneys for Defendants LifeScan, Inc.;*
*LifeScan Scotland, Ltd.; and Johnson & Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHARMA TECH SOLUTIONS, INC. and DECISION IT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> LIFESCAN, INC., LIFESCAN SCOTLAND, LTD. and JOHNSON AND JOHNSON, <br><br> Defendants. | Case No. 2:16-CV-564-RFB-PAL <br><br> **DECLARATION OF ANTHONY DeCINQUE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

1. I am a lawyer admitted to practice in the State of New York and a member of the firm of Patterson Belknap Webb & Tyler LLP, counsel for defendants LifeScan, Inc.; LifeScan Scotland, Ltd.; and Johnson and Johnson. I am admitted *pro hac vice* in this action. I am fully familiar with the facts set forth below.

2. I submit this declaration in support of defendants' motion to dismiss.

3. Attached to this declaration as exhibits are true and correct copies of the following documents:

| | |
|---|---|
| **Records of the U.S. Patent and Trademark Office** ||
| **Exhibit 1** | U.S. Patent No. 7,250,105. |
| **Court Filings from *LifeScan, Inc. v. PharmaTech Solutions, Inc.*, Case No. 11-cv-1194 (N.D. Cal.)** ||
| **Exhibit 2** | Amended Complaint (Dec. 10, 2012) (ECF No. 170) |
| **Exhibit 3** | Declaration of Mark E. Meyerhoff in Support of Plaintiffs' Motion for a Preliminary Injunction (Dec. 14, 2012) (filed under seal, redacted version at ECF No. 176-2) |
| **Exhibit 4** | Declaration of Dr. Joseph Wang in Opposition to Motion for Preliminary Injunction (Jan. 31, 2013) (filed under seal, redacted version at ECF No. 206). |
| **Pre-Motion Correspondence** ||
| **Exhibit 5** | Letter from G. Diskant to W. Rudy (May 24, 2016) |
| **Exhibit 6** | Letter from W. Rudy to G. Diskant (July 18, 2016) |
| **Exhibit 7** | Letter from G. Diskant to W. Rudy (July 27, 2016) |
| **Exhibit 8** | Letter from W. Rudy to G. Diskant (Aug. 1, 2016) |
| **Exhibit 9** | Letter from G. Diskant to W. Rudy (Aug. 8, 2016) (producing documents and delivering declaration of Allan MacRae) |

| | |
|---|---|
| **Exhibit 10** | Declaration of Allan MacRae (Aug. 5, 2016) (filed under seal) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2016.

*s/ Anthony C. DeCinque*

Anthony C. DeCinque

– 2 –

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury that the foregoing **Declaration of Anthony DeCinque in Support of Defendants' Motion to Dismiss** along with its attached **Exhibits** were electronically filed with the Clerk of the Court using the CM/ECF service. All parties to this case are registered with the CM/ECF service, which will provide copies to all counsel of record.

                                                */s/ Anthony DeCinque*
                                                Anthony DeCinque

**INDEX OF EXHIBITS**

| | |
|---|---|
| **Exhibit 1** | U.S. Patent No. 7,250,105. |
| **Exhibit 2** | Amended Complaint (Dec. 10, 2012) (ECF No. 170) |
| **Exhibit 3** | **Filed under seal**<br>Declaration of Mark E. Meyerhoff in Support of Plaintiffs' Motion for a Preliminary Injunction (Dec. 14, 2012) |
| **Exhibit 4** | **Filed under seal**<br>Declaration of Dr. Joseph Wang in Opposition to Motion for Preliminary Injunction (Jan. 31, 2013) |
| **Exhibit 5** | Letter from G. Diskant to W. Rudy (May 24, 2016) |
| **Exhibit 6** | Letter from W. Rudy to G. Diskant (July 18, 2016) |
| **Exhibit 7** | Letter from G. Diskant to W. Rudy (July 27, 2016) |
| **Exhibit 8** | Letter from W. Rudy to G. Diskant (Aug. 1, 2016) |
| **Exhibit 9** | Letter from G. Diskant to W. Rudy (Aug. 8, 2016) (producing documents and delivering declaration of Allan MacRae) |
| **Exhibit 10** | **Filed under seal**<br>Declaration of Allan MacRae (Aug. 5, 2016) |