# EXHIBIT 10
# Declaration of Allan MacRae
# FILED UNDER SEAL