Mark Connot (10010)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas Nevada 89135
Telephone: 702.262.6899
Fax: 702.597.5503
mconnot@foxrothschild.com

John Shaeffer (*admitted PHV*)
Jeff Grant (*admitted PHV*)
**FOX ROTHSCHILD LLP**
1800 Century Park East, Suite 300
Los Angeles, California 90067-1506
Telephone: 310.598.4150
Fax: 310.556.9828
jshaeffer@foxrothschild.com
jgrant@foxrothschild.com

William Rudy (*admitted PHV*)
**FOX ROTHSCHILD LLP**
1225 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: 303.292.1200
Fax: 303.292.1300
wrudy@foxrothschild.com

*Attorneys for Plaintiffs Pharma Tech Solutions, Inc.*
*And Decision IT Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHARMA TECH SOLUTIONS, INC. and DECISION IT CORP., | Case No.: 2:16-cv-00564-RFB-PAL |
| Plaintiff, | **DECLARATION OF JOSEPH WANG IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| LIFESCAN, INC., LIFESCAN SCOTLAND, LTD. and JOHNSON AND JOHNSON | |
| Defendants. | |

DECLARATION OF JOSEPH WANG
IN OPPOSITION TO MOTION TO DISMISS

ACTIVE 41958551v1 08/29/2016                                1

I, Dr. Joseph Wang, declare:

1.      I am an adult individual and make this Declaration based on personal knowledge.  I have been retained by Plaintiffs Pharma Tech Solutions, Inc. and Decision IT Corp. ("Plaintiffs").  I have personal knowledge of the facts set forth in this Declaration unless otherwise stated.  If called as a witness, I could and would competently testify to the facts set forth in this Declaration.

2.      I am a Distinguished Professor in the Department of Nanoengineering at the University of California, San Diego.  I was awarded a D. Sc. From the Israel Institute of Technology in 1978.  I have authored over 900 research papers, am a named inventor of ten patents, and have written 12 chapters and 9 books, including *Analytical Electrochemistry* and *Electrochemical Sensors, Biosensors And Their Biomedical Applications*.  I received the *American Chemical Society Awards* for Chemical Instrumentation and Electrochemistry in both 1999 and 2006, respectively.  I have also received the Institute for Scientific Information's 'Citation Laureate' Award for being the Most Cited Scientist in Engineering from 1991 to 2001.  A copy of my curriculum vitae and a list of selected publications (from over 900 peer-reviewed papers) are attached hereto as Exhibits 1 and 2.  A true and correct copy of my article *Electrochemical Glucose Biosensors,* 108 Chem Rev. 814 (2008) is attached hereto as Exhibit 3, and fully incorporated by reference herein.

3.      In 2012, I won the 2012 Breyer Medal of the Royal Australian Chemical Institute, which is awarded for internationally recognized contributions in the field of electrochemistry.

4.      I was named as an Honorary Professor at National University (Cordoba, Argentina) in 2004, an Honorary Doctor Causa from Complutense University (Madrid, Spain) in 2007, an Honorary Member of the Slovenia National Institute of Chemistry in 2007, an Honorary Professor from University of Science Technology Beijing (China) in 2011, an Honorary Doctor Causa of Alcala University (Spain) in 2011, and a Nanyang Professor from NTU (Singapore) in 2008.  I have served as a Fellow of the American Institute for Medical and Biological Engineers and the Japan Society for the Promotion of Science.  In 1995 and 1997, I was the most cited electrochemist in the world, and was recognized as the ISI's "Most Cited Researchers in Chemistry" from 1997 to 2007.

5.      I have reviewed Plaintiffs' Complaint and the attachments thereto. I have also reviewed the Motion to Dismiss filed by Defendants Lifescan, Inc., Lifescan Scotland, Ltd. and Johnson & Johnson ("Defendants").

6.      The claim charts attached to the Complaint support, and do not contradict, Plaintiffs' allegations. Defendants' Motion relies heavily on a figure taken from U.S. Patent No. 7,250,105 (the "'105 patent"), Table 1, which Defendants have represented is practiced by the One Touch Ultra system ("Accused Products"). I have reviewed the '105 patent. Contrary to Defendants' assertions, Table 1 evidences that the Accused Products do practice the Patents-in-Suit.

**The Patents-in-Suit**

7.      Claim 1 of both of the patents at issue in Plaintiffs' lawsuit, U.S. Patent Nos. 6,153,069 (the "'069 patent") and 6,413,411 (the "'411 patent) (collectively, the "Patents-in-Suit"), claim an apparatus and method, respectively, in which an electrical current is passed through a sample fluid and measured two different times. The Patents-in-Suit both refer to the "Cottrell equation", which predicts how the current generated by a sample will change over time.

8.      In electrochemistry, the Cottrell equation describes current decay as proportional to the reciprocal of the square root of time in a controlled potential experiment. It describes the decay pattern of a current generated by reactants in a diffusion-controlled (diffusion limited) reaction: the current decays as a linear function of the inverse of the square root of time ($1/t^{1/2}$). Thus to determine whether the current generated by a given reaction obeys the Cottrell equation, the current versus $1/t^{1/2}$ is graphed. If a reaction obeys the Cottrell equation, one would expect that a plot of current versus $1/t^{1/2}$ would generate a straight line.

9.      As reflected in the diagram that is set forth in both Patents-in-Suit as Figure 7, the measured current will decrease at a predictable rate over the course of time.

FIG. 7

10. The change in current as predicted by the Contrell equation can be used to verify the accuracy of the test. In other words, current can be measured at two different times to determine whether the electrical current readings are as predicted by the equation. Figure 11 of the '069 reflects electrical current readings that do, and do not, operate in the predicted manner. I have caused the two time lines to be marked as T1 and T2. The electrical readings from samples A, B, C, and D all are consistent with the results predicted by the Contrell equation. The results from sample E, however, are not. This discrepancy suggests that there was a testing error and that the results should be disregarded.

ACTIVE 41958551v1 08/29/2016



Fig. 11

11.     Current readings are key to testing for blood glucose because there is a fixed relationship between those readings and glucose concentration.  Higher levels of current demonstrate higher levels of glucose.  The following is Figure 6 in both Patents in Suit that reflects the proportionality between glucose concentration and Contrell currents where the test is conducted 30 seconds after the application of the potential (*see* '069 patent, Col. 11, Lns. 35-37).



FIG. 6

DECLARATION OF JOSEPH WANG
IN OPPOSITION TO MOTION TO DISMISS
5

ACTIVE 41958551v1 08/29/2016

1    12.    The Patents-in-Suit describe converting at least two current readings to an analyte and

2    comparing the results "to confirm that they are within a prescribed percentage of each other." '069

3    patent, Claim 1 and '411 patent, Claim 1.  This is reflected in Figure 12 of the '069 patent:



Fig. 12

13.    In Figure 12, the current readings from the samples (A through E) are graphed against

glucose readings.  Currents for each sample have been tested twice and both tests for each sample are

plotted along the current range on the left.  A10 reflects the current reading in the A sample at 10

seconds and A15 reflects the current reading in the A sample at 15 seconds, *etc*.  The straight lines

pointed upwards reflect the proportionality between current and glucose levels depending on the

number of seconds after the application of the potential.  I have caused those lines to be marked T1

and T2.  The top line (T1) reflects proportionality after 10 seconds and the lower line (T2) after 15.

14.    Samples A through D achieved the expected results.  The tests performed on these

samples at different times resulted in the same glucose measurement.  However, the tests on Sample

ACTIVE 41958551v1 08/29/2016

1 E resulted in disparate results, suggesting that the test was a failure and cannot be relied upon by

2 patient or doctor.

3     15.    Critically, the Patents-in-Suit describe, but are not limited to, test strips with one

4 working electrode. The Patents-in-Suit describe a process whereby multiple readings are taken from

5 the single electrode and compared. Neither the claims nor the specifications, however, preclude the

6 Patents-in-Suit from reading on test strips with multiple electrodes.

7     16.    Table 1 reflects the fact that the Accused Product takes a current reading from a

8 sample and converts that reading to analyte. That step, among others, is claimed both Claim 1 of the

9 '069 patent and Claim 1 of the '411 patent.

TABLE 1

| Volume µL | Working 1: µA | Working 2: µA | % Difference | Error checked | No error check |
|---|---|---|---|---|---|
| 1 | 7.07 | 0.00 | -706800 | | 7.07 |
| 1 | 6.94 | 5.98 | -16.2175732 | | 12.92 |
| 1 | 5.53 | 6.01 | -92050 | | 5.54 |
| 1 | 6.99 | 7.09 | 1.42393909 | 14.09 | 14.09 |
| 1 | 7.34 | 7.02 | -4.59016393 | 14.35 | 14.35 |
| 1 | 7.16 | 6.79 | -5.49742078 | 13.94 | 13.94 |
| 1 | 7.01 | 3.47 | -102.13441 | | 10.48 |
| 1 | 7.07 | 5.69 | -24.2578605 | | 12.77 |
| 1.2 | 7.18 | 4.54 | -58.2286847 | | 11.72 |
| 1.2 | 7.00 | 6.78 | -3.35055351 | 13.78 | 13.78 |
| 1.2 | 7.09 | 1.79 | -297.032475 | | 8.88 |
| 1.2 | 6.31 | 0.00 | -157550 | | 6.31 |
| 1.2 | 6.78 | 6.79 | 0.11788977 | 13.56 | 13.56 |
| 1.2 | 6.95 | 6.59 | -5.4029443 | 13.53 | 13.53 |
| 1.2 | 6.62 | 6.28 | -5.36795158 | 12.89 | 12.89 |
| 1.2 | 7.23 | 3.78 | -91.2721502 | | 11.01 |
| 1.4 | 7.16 | 6.90 | -3.76811594 | 14.06 | 14.06 |
| 1.4 | 7.14 | 6.94 | -2.88184438 | 14.08 | 14.08 |
| 1.4 | 7.17 | 7.02 | -2.13675214 | 14.19 | 14.19 |
| 1.4 | 7.02 | 6.01 | -1.5918958 | 13.93 | 13.93 |
| 1.4 | 6.95 | 6.91 | -0.5788712 | 13.86 | 13.86 |
| 1.4 | 6.93 | 6.88 | -0.72674419 | 13.81 | 13.81 |
| 1.4 | 7.09 | 6.92 | -2.4566474 | 14.01 | 14.01 |
| 1.4 | 7.25 | 7.40 | 2.02702703 | 14.65 | 14.65 |

Sum of current readings used for conversion to analyte concentrations

Source: U.S. Patent 7,250,105.

Per the '105 patent: "In the second half of the test the two currents were first compared. Only if they differed by less than 10% were they then added together and put forward as valid results." Col. 5, lns. 46-48.

25     17.    Defendants infer from the information set forth in Table 1 that products that practice

26 the '105 patent, like the Accused Products, could not infringe. Defendants note that, according to

27 Table 1, two currents are measured from two separate working electrodes ("Working 1" and

DECLARATION OF JOSEPH WANG
IN OPPOSITION TO MOTION TO DISMISS
7

"Working 2"), compared, and then added together.  Defendants argue that this is the comparison between two samples required by the patent, except that, in the Accused Products, the comparison is performed of the currents prior to the conversion to analyte and therefore the Accused Products do not infringe.

18.     However, as set forth in Plaintiffs' charts, Table 1 establishes that the Accused Products perform an electrical current reading and convert that reading into analyte, as required by the Patents-in-Suit.  Other evidence, including but not limited to the customer service email set forth in Plaintiffs' charts, suggests that the Accused Products do this at least twice and compare the result.  The fact that Table 1 also notes that the current itself is tested prior to being converted to analyte is an additional step that is not excluded by the claims and does not take the Accused Product outside the scope of infringement.

19.     Defendants' Motion to Dismiss argues on Page 12 that in another litigation, LifeScan, Inc. v. PharmaTech Solutions, Inc., Case No. 11-cv-4494 (N.D. Cal.), I "did not dispute" Defendants' argument that the Accused Products compared the electrical current from the working electrodes.  As noted above, whether the Accused Products compare currents prior to converting the currents to analyte is beside the point.  From the evidence attached to Plaintiffs' chart, it appears that the Accused Products convert at least two readings to analyte and compare those measurements to determine the accuracy of the result.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _29_th day of August, 2016 at _San Diego, CA_____ [location].

_____
Dr. Joseph Wang

DECLARATION OF JOSEPH WANG
IN OPPOSITION TO MOTION TO DISMISS
8

EXHIBIT "1"

## CURRICULUM VITAE

**NAME:**   **Joseph Wang**

**TITLE:**   SAIC Endowed Chair,
Distinguished Professor
Chair of Nanongineering, UCSD
Director, Center Wearable Sensors (UCSD)

**ADDRESSES:**   Departments of Nanonengineering
University of California San Diego (UCSD)
9500 Gilman Drive, La Jolla, CA 92093-0448, USA

e-mail: josephwang@ucsd.edu
Web Pages: http://joewang.ucsd.edu/
    http://nanoengineering.ucsd.edu/~joewang

Phone: (858) 246-0128      FAX:  (858)534-9553

**EDUCATION:**   D.Sc., Chemistry, Technion, I.I.T., Haifa, 1978
Doctor *Honorius Causa*, Complutense University (Spain), 2007
Doctor *Honorius Causa*, University of Alcalá (Spain), 2011.

**POSITIONS:**   SAIC Endowed Chair of Engineering, UCSD, 2014-present.

Distinguished Professor and Chair of Nanongineering, UCSD,
2014- Present

Director – Center for Wearable Sensors- UCSD, 2014-present.

Professor and Vice Chair of Nanongineering, UCSD, 2008- 2013

Professor of Chemical Engineering and Chemistry, ASU, 2004-
2008

Director – Center for Bioelectronics and Biosensors – ASU
Biodesign Institute, 2004- 2008

Regents Professor and Manasse Chair, NMSU, 2002- 2004

Founding Editor and Chief-Editor **- *Electroanalysis*** (Wilely-
VCH); 1988-present.
Assistant, Associate and Full Professor of Chemistry, New Mexico
State University, 1980-2004.

Research Associate (Postdoctoral Fellow), Chemistry Department,
University of Wisconsin-Madison, 1978-1980.

**CITATIONS:**   **H Index – 112 (from over 56,000 citations of 980 publications)**
**(Google Scholar H Index 131; 74,000 citations).**

**AWARDS and   HONORS: Heyrovsky Memorial Medal** for excellence in Electrochemistry (Academy of Science of the Czech Republic), 1994.

**1999 American Chemical Society Award** for *Analytical Instrumentation.*

**2006 American Chemical Society Award** for *Electrochemistry.*

**'Citation Laureate' Award-ISI Institute- World Most Cited Scientist in Engineering** during the 1991-2001 and 1995-2005 periods.

**NSF - Special Creativity Award,** 2008.

Recipient of the 1990 NMSU **Westhafer Award** for excellence in research.

Recipient of the 2001-2002 NMSU **Mannase Chair.**

**Regents Professor**, NMSU First Regents professor, 2002- 2004

2007 ASU **Faculty Achievement Award** for Cutting-Edge Research

1999 **Fellow** of the Japanese Society for the Promotion of Science.

**Honorary Professor** – National University, Cordoba (Argentina), 2003.

**Electrochemistry Communications Elsevier Award** – 2005.

**Honorary Member** – National Institute of Chemistry, Slovenia – 2007.

**Honorary Doctorate Causa**– Complutense University, Madrid (Spain)- 2007.

**Nanyang Professor** - Nanyang Technological University, Singapore, 2007- 2012.

**Fellow** of the American Institute for Medical and Biological Engineering **(AIMBE), 2009.**

**Honorary Doctorate Causa**–Alcala University, Alcala (Spain)- 2011.

**Honorary Professor** – Beijing Science and Technology University (USTB), Beijing (China)- 2011.

**Breyer Medal** of the Australian Chemical Institute – Perth, Australia (2012)

**Kapp Lecturer,** University of Virginia , Richmond, VA (2012)

**Best Teacher Award,** UCSD- Dept of Nanoengineering (2012)

**Honorary Doctor-** Central Michigan University (2012)

**Spiers Memorial Award**- Royal Society of Chemistry (2013)

**Fellow,** Royal Society of Chemistry (2013)

**Highly Cited Researcher** (Engineering and Chemistry), Thompson Reauters (2014, 2015)

Thompson Reauters List of 2015 **World's Most Influential Scientific Minds**

**Sir Louis Matheson Distinguished Visiting Professor,** Monash Univerity (Australia), 20115-2018.

Listed in the World **2013 Analytical Power List** (100 most influential people in the analytical sciences).

Named as one of **"The World's Most Influential Scientific Minds"** (2014) Thomson Reuters (both engineering and Chemistry Categories).

**Sir Louis Matheson Distinguished Visiting Professor,** Monash Univerity (Australia), 20115-2018.

Over 75 **Plenary Lectures and Keynote Addresses** at International Meetings (among over 300 presentations).

<u>Chief-Editor</u> - *Electroanalysis* (international journal; Wiely-VCH Publishers); 1988-present.
<u>Associate Editor</u>- Wiley Encyclopedia of Analytical Chemistry; 2007-present.
<u>Editorial Advisory Board</u>: **ACS Nano,** 2015-Present; **ACS Sensors,** 2015-present; **Analyst** , 1989-1995; **Analytica Chimica Acta,** 1992-2007,   Advanced Materials Technologies - 2016-present **Advanced Electronic Materials** - 2014-present; **Talanta,** 1990-present; **ChemElectroChem,** 2013 – present; **Wiley Nanoscience and Nanotechnology Series,** 2007-present, **Encyclopedia of Analytical Sciences,** 1991-present; **Journal of Microfluidics and Nanofluidics,** 2005-present, **Sensors and Actuators B,** 2008- present,  **Nano-Bio-Analysis,** 2010- Present, **Medical Devices,** 2008-present, **Current Nanoscience,** 2011-present,  **Analytical Instrumentation,** 1991-present, **Nanoscience & Nanotechnology-ASIA,** 2010-present,  **Electrochemistry Communications,** 1998-present, **Theranostics,** 2011-present, **Anal. Letters,** 1991-2995, **Anal. Communications,** 1995-2000, **Sensors,** 2001-present, **Sensors Letters,** 2003-present, **Current Nanoscience,** 2010- present, **Research and Reports in Transdermal Drug Delivery,** 2011-present; **International Journal for Analytical Chemistry,** 2008- present, **Reviews in Environmental Science and Bio/Technology,** 2008-Present,

**Analysis Europa,** 1994-1998, **Quimica Analitica,** 1997-present; **Current Topics in Analytical Chemistry,** 1996-present , **Int. J. Electrochem. Sci.,** 2006-present, **General Physiolgy and Biophysics,** 1998-present, **Croation Chemica Acta,** 1992-present. **Journal of Chinese Clinical Medicine international,** 2009-present, **Advanced Carbon Materials,** 2012- present.

**Research Interests:** Our research activity focuses on field of nanobioelectronics aimed at integrating nano- and biomaterials with electronic transducers. Particular attention is being given to the development of advanced nanomotors, nanorobots and nanoactuators, bioelectronics and electrochemical biosensors, wearable sensor systems, and advanced materials for energy harvesting.

**Mentoring:** Wang has been the mentor of 30 Ph.D. candidates and over 150 research associates and visiting scholars from all 5 continents.

**Web Pages:** http://joewang.ucsd.edu/
http://nanoengineering.ucsd.edu/~joewang

EXHIBIT "2"

## UCSD
Jacobs School of Engineering
NANOENGINEERING

HOME
MEET JOE WANG
THE GROUP
RESEARCH PROGRAM
FACILITIES
FIND US
PUBLICATIONS
PATENTS
TEACHING
MICROFABRICATION
PHOTO GALLERY
COVER GALLERY
LATEST NEWS
GROUP NEWS
NEWS ARCHIVES
CONTACT US

Dept. of Nanoengineering, UCSD
La Jolla, CA 92093-0448
(858) 246-0128
josephwang@ucsd.edu

Site Map | UCSD Home | Nanoengineering Home
Search...

# Professor Joseph Wang

Selected Publications (From a total over 980 peer-reviewed papers; H index=112):

## 2016

"Ultrafast Nanocrystals Decorated Micromotors for On-site Dynamic Chemical Processes" B. Jurado-Sanchez, J. Wang, A. Escarpa, *ACS Applied Materials & Interfaces, DOI: 10.1021/acsami.6b05824.*

"Noninvasive Alcohol Monitoring Using a Wearable Tattoo-Based Iontophoretic-Biosensing System" J. Kim, I. Jeerapan, S. Imani, T. N. Cho, A. J. Bandodkar, S. Cinti, P. P. Mercier, J. Wang, *ACS Sensors,* 1 (2016) 1011–1019. *(Highlighted in Science Daily, the Wall Street Journal, Sciencemag, BBC, CTV, NBC San Diego, and many more)*

"Molybdenum Disulfide-Based Tubular Microengines: Toward Biomedical Applications" V. V. Singh, K. Kaufmann, B. Esteban-Fernández de Ávila, E. Karshalev, J. Wang. *Advanced Functional Materials,* DOI: 10.1002/adfm.201602005.

"Rocket Science at the Nanoscale" J. Li, I. Rozen, J. Wang. *ACS Nano,* 10 (2016) 5619–5634.

"Balloon-Embedded Sensors Withstanding Extreme Multiaxial Stretching and Global Bending Mechanical Stress: Towards Environmental and Security Monitoring" R. Cánovas, M. Parrilla, P. Mercier, F. J. Andrade, J. Wang. *Advanced Materials Technologies, DOI: 10.1002/admt.201600061.*

"A wearable chemical–electrophysiological hybrid biosensing system for real-time health and fitness monitoring" S. Imani, A. J. Bandodkar, A. M. V. Mohan, R. Kumar, S. Yu, J. Wang, P. P. Mercier. *Nature Communications, DOI: 10.1038/ncomms11650.*

"Wearable Chemical Sensors: Present Challenges and Future Prospects" A. J. Bandodkar, I. Jeerapan, J. Wang, *ACS Sensors,* 1 (2016) 464–482.

"Self-Propelled Chelation Platforms for Efficient Removal of Toxic Metals", D. A. Uygun, B. Jurado-Sánchez, M. Uygun, J. Wang, *Environmental Science: Nano,* 3(2016)559.

"Acoustically-Propelled Nanomotors for Intracellular siRNA Delivery" B. Esteban-Fernández de Ávila, C. Angell, F. Soto, M. A. L. Ramirez, D. F. Baez, S. Xie, J. Wang, Y. Chen. *ACS Nano* 10 (2016)4997-5005.

"A Textile-Based Stretchable Multi-Ion Potentiometric Sensor", M. Parrilla, R. Cánovas, I. Jeerapan, F. J. Andrade, J. Wang, *Advanced Healthcare Materials,* 5(2016)996.

"Wearable Biofuel Cells: A Review", A. J. Bandodkar, J Wang, *Electroanalysis,* 28(2016)1188.

"Nanomotors Responsive to Nerve-Agent Vapor Plumes", V. V. Singh, K. Kaufmann, B. Esteban-Fernández de Ávila, M. Uyguna, J. Wang, *Chemical Communications,* 52 (2016) 3360-3363.

"Aptamer-Modified Graphene-Based Catalytic Micromotors: Off-On Fluorescent Detection of Ricin", B. E.-F. de Ávila, M. A. L. Ramirez, D. F. Báez, A. Jodra, V. V Singh, K. Kaufmann, J. Wang, *ACS Sensors,* 1(2016)217.

"Electrochemical fingerprint of street samples for fast on-site screening of cocaine in seized drug powders", M. de Jong, N. Sleegers, J. Kim, F. V. Durme, N. Samyn, J. Wang, K. D. Wael, *Chemical Science,* 7(2016) 2364-2370.

"Acoustic Microcannons: Towards Advanced Microballistics", F. Soto, A. Martin, S. Ibsen, M. Vaidyanathan, V. G. Gradilla, Y. Levin, A. Escarpa, S. C. Esener, J. Wang, *ACS Nano,* 10 (2016)1522. *(Highlighted in Time of London, RSC Chemistry World, Nanowerk)*

"A Wearable fingernail chemical sensing platform: pH sensing at your Fingertips", J. Kim, T. N. Cho, V.-R. Gabriela, J. Wang, *Talanta,* 150 (2016) 622–628

"Highly Stretchable Fully-Printed CNT-based Electrochemical Sensors and Biofuel Cells: Combining Intrinsic and Design-induced Stretchability" A. J. Bandodkar, I. Jeerapan, J.-M. You, R. Nuñez-Flores, J. Wang, *Nano Letters,* 16 (2016) 721–727.

"Self-propelled affinity biosensors: Moving the receptor around the sample", J. Wang, *Biosensors Bioelectronics,* 76 (2016) 234-242.

## 2015

"Zirconia/Graphene Oxide Hybrid Micromotors for Selective Capture of Nerve Agents", V. V. Singh, A. Martin, K. Kaufmann, S. D.S. de Oliveira, J. Wang, *Chem. Mater.,* 27 (2015) 8162 –8169.

"Self-Healing Inks for Autonomous Repair of Printable Electrochemical Devices", A J. Bandodkar, V. Mohan, C. S. López, J. Ramírez, J. Wang, *Advanced Electronic Materials,* (2015).

"Nano/Micromotors for Security/Defense Applications. A Review ", V. V. Singh, J. Wang, *Nanoscale,* 7 (2015) 19377.

"Electrochemical Signatures of Multivitamin Mixtures", V. Mohan, B. Brunetti, A. Bulbarello, J. Wang, *Analyst*, 140 (2015) 7522.

"Template Electrosynthesis of High-Performance Graphene Microengines", A. Martin, B. Sanchez, A. Escarpa and J. Wang, *Small*, 11(2015)3568.

"Self-Propelled Nanomotors Autonomously Seek and Repair Cracks", J. Li, O. Shklyaev, T. Li, W. Liu, H. Shum, I. Rozen, A. Balazs, J. Wang, *Nano Letters*, 15 (2015) 7077.

"Self-Propelled Screen-Printable Catalytic Swimmers", R. Kumar, M. Kiristi, F. Soto, J. Li, V. V. Singh, J. Wang, *RSC Adv.*, 5 (2015) 78986.

"Micromotor-Based Biomimetic Carbon Dioxide Sequestration: Towards Mobile Microscrubbers", M. Uygun, V. V. Singh, K. Kaufmann, D. A. Uygun, S. D. S. Oliveria, J. Wang, *Angewandte Chemie*, 54 (2015) 12900-12904. *(Highlighted in BBC Focus, Science daily, Business Standard, and many more).*

"Lysozyme-Based Antibacterial Nanomotors", M. Kiristi, V. V. Singh, B. Esteban-Fernandez de Avila, M. Uygun, F. Soto, D. A. Uygun, J. Wang, *ACS Nano*, 9(2015)9252.

"Vapor- Driven Propulsion of Catalytic Micromotors", R. Dong, J. Li, I. Rozen, B. Ezhilan, T. Xu, C. Christianson, W. Gao, D. Santillan, B. Ren, J. Wang, *Scientific Reports*, 5 (2015)13226.

"Wearable salivary uric acid mouthguard biosensor with integrated wireless electronics", J. Kim, S. Imani, W. R. de Araujo, J. Warchall, G. Valdes-Ramirez, T. R. L. C. Paixao, P. Mercier, J. Wang, *Biosensors Bioelectronics*, 74(2015)1061.

"Lighting up micromotors with quantum dots for smart chemical sensing", B. Jurado-Sánchez, A. Escarpa, J. Wang, *Chem. Commun.*, 51(2015)14088.

"Magneto-Acoustic Hybrid Nanomotor", J. Li, T. Li, T. Xu, M. Kiristi, W. Liu, Z. Wu, J. Wang, *Nano Letters*, 15(2015)4814.

"RBC micromotors carrying multiple cargos towards potential theranostic applications", Z. Wu, B. Esteban-Fernandez de Avila, A. Martin, C. Christianson, W. Gao, S. Thamphiwatana, A. Escarpa, Q. He, L. Zhang, J. Wang, *Nanoscale*, 7(2015)13680.

"Smart Bandage with wireless connectivity for uric acid biosensing as an indicator of wound status", P. Kassal, J. Kim, R. Kumar, W. R de Araujo, I. M. Steinberg, M. D. Steinberg, J. Wang, *Electrochem. Commun.*, 56 (2015) 6.

"3-D Printed Artificial Microfish", W. Zhu, J. Li, Y. J. Leong, I. Rozen, X. Qu, R. Dong, Z. Wu, W. Gao, P. H. Chung, J. Wang, S. Chen, *Advanced Materials*, 27(2015) 4411.

"Micromotor-based On-Off Fluorescence Detection of Sarin and Soman Simulants", V.V. Singh, K. Kaufmann, J. Orzoco, J. Li, M. Galarnyk, G. Arya, J. Wang, *Chem. Commun.*, 51(2015) 11190.

"Biocompatible Enzymatic Roller Pens for Direct Writing of Biocatalytic Materials: "Do-It-Yourself" Electrochemical Biosensors", A. Bandodkar, W. Jia, J. Ramirez, J. Wang, *Advanced Healthcare Materials*, 4(2015)1215.

"Single Cell Real-Time miRNA Sensing based on Nanomotors", B. Esteban-Fernandez de Avila, A. Martin, F. Soto, M. A. Lopez-Ramirez, S. Campuzano, G. M. Vasquez-Machado, W. Gao, L. Zhang, J. Wang, *ACS Nano*, 9(2015)6756.

"Cell-Membrane-Coated Synthetic Nanomotors for Effective Biodetoxification", Z. Wu, T. Li, W. Gao, T. Xu , B. Jurado-Sánchez, J. Li, Weiwei Gao , Q. He, L. Zhang , J. Wang, *Adv. Funct. Materials*, 25(2015)3881.

"Micromotor-Based Energy Generation", V.V. Singh, F. Soto, K. Kaufmann, J. Wang, *Angewandte Chemie*, 54(2015)6896. *(Highlighted in Science, Nanowerk, Chemistryworld, and many more).*

"Motion-based threat detection using microrods: experiments and numerical simulations", B. Ezhilan, W. Gao, A. Pei, I. Rozen, R. Dong, B. Jurado-Sanchez, J. Wang, D. Sanitillan, *Nanoscale*, 7(2015)7833.

"Microengine-assisted electrochemical measurements at printable sensor strips", S. Cinti, G. Valdes-Ramirez, W. Gao, J. Li, G. Palleschi, J. Wang, *Chem. Comm.*, 51(2015)8668.

"Artificial Micromotors in the Mouses Stomach: A Step toward in Vivo Use of Synthetic Motors", W. Gao, R. Dong, S. Thamphiwatana, J. Li, W. Gao, Weiwei, L. Zhang, J. Wang, *ACS Nano*, 9 (2015)115. *(Editor Choice: Highlighted in BBC, Scientific American, Chemical Engineering News, Popular Science, Daily Mail, and many more, January 2015).*

"Multi-Functional Silver-exchanged Zeolite Micromotors for Catalytic Detoxification of Chemical and Biological Threats" V. V. Singh, B. Beatriz; S. Sattayasamitsathit, J. Li, Y. Fedorak, M. J. Galarny, and J. Wang, *Adv. Funct. Materials*, 25(2015)2147.

"All-Printed Stretchable Electrochemical Devices", A. J. Bandodkar, R. Nuñez-Flores, W. Jia, and J. Wang, *Advanced Materials*, 27(2015)3060.

"Reversible Swarming and Separation of Self-propelled Chemically-Powered Nanomotors under Acoustic Fields", T. Xu, F. Soto, W. Gao, R. Dong, V. Garcia-Gradilla, E. Magana, X. Zhang, J. Wang, *J. Am. Chem. Soc.*, 137(2015)2163.

"Micromotors to Capture and Destroy Anthrax Simulant Spores", J Orozco, G Pan, S Sattayasamitsathit, M Galarnyk , J. Wang, *Analyst*, 140(2015)1421.

"Tattoo-based Electrochemical Devices: A Review", A. J. Bandodkar, W. Jia and J. Wang, *Electroanalysis*, 27(2015)562.

"Self-Propelled Activated Carbon Janus Micromotors for Efficient Water Purification", B. Jurado-Sánchez, S. Sattayasamitsathit, W. Gao, L. Santos, Y. Fedorak, V. V. Singh, J. Orozco, M. Galarnyk, J. Wang, *Small* 11(2015)499.

"Tattoo-based Non-invasive Glucose Monitoring: a Proof-of-Concept Study", A. Bandodkar, W. Jia, C. Yardimci, X. Wang, J. Ramírez, J. Wang, *Anal. Chem.* 87(2015)394. (*Editor Choice: Highlighted in CNBC, Science Magazine, Business Week, Popular Science, and many more, January 2015*)

"Wearable Tattoo sensor for Real-time Trace-metal Monitoring in Human Sweat", J. Kim, W. R. de Araujoa, I. A. Samek, A. J. Bandodkar, W. Jia, B. Brunetti, T.R.L.C. Paixão, J. Wang, *Electrochemistry Communications*, 51(2015)41.

**2014**

"Nanomotor Lithography", J. Li, W. Gao, R. Dong, A. Pei, S. Sattayasamitsathit and J. Wang, *Nature Communications*  5(2014)5026.

"Turning Erythrocytes to Functional Micromotors", Z. Wu, T.  Li, J. Li, W. Gao, T. Xu, C. Christianson, W. Gao, M. Galarnyk, He, Qiang; L. Zhang, J. Wang, *ACS Nano* 8(2014)12041.

"Water-Driven Micromotors for Rapid Photocatalytic Degradation of Biological and Chemical Warfare Agents" , J. Li, V. Singh, S. Sattayasamitsathit,J.  Orozco, K Kaufmann, R. Dong, W. Gao, B. Sanchez, Y. Fedorak and J. Wang, *ACS Nano*, 8(2014)11118.

"Wearable textile biofuel cells for powering electronics", W. Jia, X. Wang, S. Imani, A. J. Bandodkar, J. Ramírez, P. P. Mercier and J. Wang, *J. Mat. Chem. A* 2(2014)18184.

"A disposable electrochemical biosensor for L-DOPA determination in undiluted human serum", B. Brunetti,  G.V. Ramírez, I. Litvan and J. Wang, *Electrochem. Commun.* 48(2014)28.

"Orthogonal identification of gunshot residue with complementary detection principles of voltammetry, scanning electron microscopy and energy-dispersive X-ray spectroscopy: Sample, Screen & Confirm", A. M. O'Mahony , I. A. Samek , S. Sattayasamitsathit and J. Wang, *Anal. Chem.* 86(2014)8031.

"Microneedle-based Self-powered Glucose Sensor", G. Valdes Ramírez, Y.-C. Lia,, J. Kim ,W. Jia, A. J. Bandodkar, R. Nunez-Flores, P. R. Miller, S.-Y. Wu, R. Narayan, J. R. Windmiller, R. Polsky, J. Wang, *Electrochem. Commun.* 47(2014)58.

"An epidermal alkaline rechargeable Ag-Zn printable tattoo battery for wearable electronics", S. Berchmans, A. J. Bandodkar, W. Jia, J. Ramírez, Y. S. Meng and J. Wang, *J. Mat. Chem. A* 2 (2014)15788.

"Ultrasound-Propelled Nanoporous Gold Wire for Efficient Drug Loading and Release", V. Garcia-Gradilla, S. Sattayasamitsathit, F. Soto, F. Kuralay, C. Yard mc , D. Wiitala, M. Galamyk and J. Wang, *Small* 136(2014)8552.

"Synthetic Micro/Nanomotors in Drug Delivery", W. Gao and J. Wang, *Nanoscale*, 6(2014)10486.

"Dual-enzyme natural motors incorporating decontamination and propulsion capabilities", S. Sattayasamitsathit, K. Kaufmann, M. Galarnyk,  R. Vazquez-Duhalt and   J. Wang,  *RSC Adv.* 4 (2014)27565.

"Non-invasive wearable electrochemical sensors: a review", A. J. Bandodkar and J. Wang, *Trends Biotechnol.*, 32(2014)363.

"Ultrasound-Modulated Bubble Propulsion of Chemically Powered Microengines", T. Xu, F. Soto, W. Gao, V. Garcia-Gradilla, J. Li, X. Zhang and J. Wang, *J. Am. Chem. Soc.* 136(2014)8552.

"Multiplexed immunoassay based on micromotors and microscale tags", D. Vilela, J. Orozco, G. Cheng, S. Sattayasamitsathit, M. Galarnyk, C. Kan, J. Wang, A Escarpa, *Lab on Chip*, 14(2014)3505.

"Bandage-Based Wearable Potentiometric Sensor for Monitoring Wound pH", T. Guinovart, G. Valdés-Ramírez, J. R. Windmiller, F. J. Andrade and  J. Wang, *Electroanalysis*, 26(2014)1345.

"Bubble-Propelled Micromotors for Enhanced Transport of Passive Tracers", J. Orozco, B, Jurado-Sánchez, G, Wagner, W. Gao, R. Vazquez-Duhalt, S. Sattayasamitsathit, M. Galarnyk, A. Cortés, D. Saintillan, J. Wang., *Langmuir*, 30(2014)5082.

"The Environmental Impact of Micro/Nanomachines: A Review", W. Gao, J. Wang, *ACS Nano*, 8 (2014)3170.

"Efficient Biocatalytic Degradation of Pollutants by Enzyme-Releasing Self-Propelled Motors", J. Orozco, D. Vilela, G. Valdés-Ramírez, Y. Fedorak, A. Escarpa, R., Vazquez-Duhalt, J. Wang, *Chem. Euro. J.*, 20(2014)2866.

"Bio-inspired Helical Microswimmer based on Vascular Plant", W. Gao, X. Feng, A. Pei, C. R. Kane, R. Tam, C. Hennessy, J. Wang, *Nano Lett.*, 14(2014)305. *(Highlighted in ScienceDaily, Gizmag, PhysOrg, Dec 2013)*

"Catalytic Iridium-based Janus Micromotors Powered by Ultralow Levels of Chemical Fuels", W. Gao, A. Pei, R. Dong, J. Wang, *J. Am. Chem. Soc.* 136(2014)2276.

"Fully-Loaded Micromotors for Combinatorial Delivery and Autonomous Release of Cargoes", S. Sattayasamitsathit, H. Kou, W. Gao, W. Thavarajah, K. Kaufmann, L. Zhang, J. Wang. *Small*, 10 (2014)2830.

"Template Electrosynthesis of Tailored-Made Helical Nanoswimmers", J. Li, S. Sattayasamitsathit, R. Dong, W. Gao, R. Tam, S. Ai, J. Wang., *Nanoscale*, 6(2014) 9415.

"Non-invasive mouthguard biosensor for continuous salivary monitoring of metabolites", J. Kim, G. Valdés-Ramírez, A. J. Bandodkar, W. Jia, A.G. Martinez, J. Ramírez, P. Mercier, J. Wang, *Analyst*, 2014(139), 1632. *(Highlighted in Chemistry World, February 2014)*

"Epidermal Tattoo Potentiometric Sodium Sensors with Wireless Signal Transduction for Continuous Non-Invasive Sweat Monitoring" A. J. Bandodkar, D. Molinnus, O. Mirza, T. Guinovart, J. R. Windmiller, G. Valdés-Ramírez, F. J. Andrade, M. J. Schöning, J. Wang, *Biosens. Bioelectron.*, 54(2014)603.

"Simultaneously Detection of Dopamine, Ascorbic acid and Uric Acid at Lithographically-Defined 3D Graphene Electrodes", X. Xiao, P. R. Miller, R. J. Narayan, S. M. Brozik, D. R. Wheeler, I. Brener, J. Wang, D. B. Burckel and R. Polsky, *Electroanalysis*, 26(2014)49.

**2013**

"Micromotor-based High-Yield Fast Oxidative Detoxification of Chemical Threats", J. Orozco, G. Cheng, D. Vilela, S.Sattayasamitsathit, R. Vazquez-Duhalt, G. Valdez-Ramirez, O.S. Pak, A. Escarpa, C. Kan, J. Wang, *Angew. Chem. Int. Ed.*,52(2013)13276. *(Highlighted in Nature, Popular Science, Dec 2013)*

"Template Electrodeposition of Catalytic Nanomotors", J. Wang, *Farad. Discuss.* 164(2013)9. *(Featured on Cover)*

"Electrochemical Tattoo Biosensors for Real-Time Noninvasive Lactate Monitoring in Human Perspiration", W. Jia, A. J. Bandodkar, G. Valdés-Ramírez, J. R. Windmiller, Z. Yang, J. Ramírez, G. Chan, J. Wang, *Anal. Chem.*, 85(2013), 6553. *(Highlighted in LA Times, Times of London, Chem. Eng. News, Discovery News, and Science Daily July 2013)*

"Functionalized Ultrasound-Propelled Magnetically-Guided Nanomotors: Towards Practical Biomedical Applications", V. Garcia-Gradilla, J. Orozco, S. Sattayasamitsathit, F. Soto, F. Kuralay, A. Pourazary, A. Katzenberg, W. Gao, Y. Shen, and J. Wang, *ACS Nano*, 7(2013)9232. *(Highlighted in the Guardian 2013)*

"Organized Self-Assembly of Janus Micromotors with Superhydrophobic Hemispheres", W. Gao, A. Pei, X. Feng, C. Hennessy, J. Wang, *J. Am. Chem. Soc.*, 135(2013)998.

"Epidermal Biofuel Cells: Energy Harvesting from Human Perspiration", W. Jia, G. Valdés-Ramírez, A. J. Bandodkar, J. R. Windmiller, J. Wang, *Angew. Chem. Int. Ed*, 52(2013) 7233. *(Highlighted in Chem. Eng. News and Chemistry World June 2013)*

"Nanomaterial-based Electrochemical Detection of Explosives: A Review of Recent Developments", A. M. O'Mahony, J. Wang, *Anal. Methods*, 5(2013) 4296.

"Efficient Bubble Propulsion of Polymer-based Microengines in Real-life Environments", W. Gao, S. Sattayasamitsathit, J. Orozco and J, Wang, *Nanoscale*, 5(2013)8909.

"Molecularly Imprinted Polymer-based Catalytic Micromotors for Selective Protein Transport", J. Orozco, A. Cortes, G. Cheng, S. Sattayasamitsathit, W. Gao, X. Feng, Y. Shen, J. Wang, *J. Am. Chem. Soc.*, 135(2013)5336.

"Dry-Released Nanotubes and Nanoengines by Particle-Assisted Rolling", J. Li, J. Zhang, W. Gao, G. Huang, Z. Di, R. Liu, J. Wang, Y. Mei, *Adv. Mater.*, 27(2013) 3715.

"Enhanced Raman Signals from Switchable Nanoparticle Probes", P. F. Xu, J. H. Lee, C. Choi, S. Jin, J. Wang, J. N. Cha, *Chem. Comm.*, 49(2013)8994.

"Solid-state Forensic Finger sensor for integrated sampling and detection of gunshot residue and explosives: towards 'Lab-on-a-finger'", A. J. Bandodkar, A. O'Mahony, J. Ramírez, I. A. Samek, S. M. Anderson, J. R. Windmiller, J. Wang, *Analyst*, 138(2013), 5288. *(Highlighted in Chemistry World July 2013)*

"Improved Oxygen Reduction Reaction Activities with Amino Acid R Group Functionalized PEG at Platinum Surfaces", L. M. Forbes, S.Sattayasamitsathit, P. F. Xu, A. O'Mahony, I. A. Samek, K. Kaufmann, J. Wang, J. N. Cha, *J. Materials Chem. A* , 1(2013)10267.

"Toward *in vivo* Detection of Hydrogen Peroxide with Ultrasound Molecular Imaging", E. S. Olson, J. Orozco, Z. Wu, C. D. Malone, B. H. Yi, W. Gao, M. Eghtedari, J. Wang, R. F. Mattrey, *Biomaterials*, 34(2013) 8918.

"Nanomaterials for Bio-functionalised Electrodes: Recent Trends" , A. Walcarius, S. Minteer, J. Wang, Y. Lin and A. Merkoci, *J. Mater. Chem. B.*, 1(2013)4878. *(Featured on Cover)*

"Seawater-Driven Magnesium based Janus Micromotors for Environmental Remediation", W. Gao, X. Feng, A. Pei, Y. Gu, J. Li and J. Wang *Nanoscale*, 5(2013)4696. *(Highlighted in Chemistry World, June 2013)*

"Tunable Hierarchical Macro/Mesoporous Gold Microwires Fabricated by Dual-Templating and Dealloying Processes", S. Sattayasamitsathit, Y. Gu, K. Kaufmann, S. Minteer, R. Polsky, J. Wang, *Nanoscale*, 2013, 5(2013)7849.

 "High-Power Low Cost Tissue-based Biofuel Cell", Y. Gu, S. Sattayasamitsathit, W. Jia, K. Kaufmann, C. Wang, J. Wang, *Electroanalysis*, 25(2013)838.

"Artificial Enzyme-Powered Microfish for Water-Quality Testing", J. Orozco, W. Gao, V. Garcia, M. D'Agostino, A. Cortes, J. Wang, *ACS Nano*, 7(2013)818. *(Highlighted in Nanowerk, Dec. 2012)*

"Micromotor-Based Lab-on-Chip Immunoassays", M. Garcia,J. Orozco, M. Guix, W. Gao, S.Sattayasamitsathit, A. Escarpa, A. Merkoci and J. Wang,  *Nanoscale*, 5(2013)1325.

"Self-Propelled Chemically-Powered Plant-Tissue Biomotors", Y. Gu, S. Sattayasamitsathit, K. Kaufmann, R. Vazquez-Duhalt, W. Gao, J. Wang, *Chemical Communications*, 49(2013) 7307. *(Highlighted in Chemistry World, July 2013)*

"Nanomotor-based Biocatalytic Patterning of Helical Metal Microstructures", K. M. Manesh, S. Campuzano, W. Gao, M.L. Lobo-Castañón, I. Shitanda, K. Kiantaj, J. Wang, *Nanoscale*,5(2013) 1310.

"Multi-Fuel Driven Janus Micromotors", W. Gao, M. D'Agostino, V. Garcia-Gradilla, J. Orozco, J. Wang, *Small*, 9(2013)467. *(Highlighted in Materials Views - Dec. 2012)*

"Wearable Electrochemical Sensors and Biosensors: A Review", J. R. Windmiller and J. Wang, *Electroanalysis*, 25(2013)29.

"Highly-Ordered Multilayered 3D Graphene Decorated with Metal Nanoparticles", S.Sattayasamitsathit, Y. Gu, K. Kaufmann, W. Jia, X. Xiao, S. Minteer, J. Cha, D. B. Burckel, C.Wang,  R. Polsky, J. Wang, *J. Mater. Chem. A*, 1(2013)1639. *(Most accessed article for 2013)*

 "Electrochemical detection of gunshot residues for forensic analysis", A. M. O' Mahony, J. Wang, *Electroanalysis*, 25(2013)1341.

 "A Potentiometric Tattoo Sensor for Monitoring Ammonium in Sweat", T. Guinovart, A. J. Bandodkar, J. R. Windmiller, F. J. Andrade and  J. Wang, *Analyst*, 138(2013)7031.

"Tattoo-based Potentiometric Ion-Selective Sensors for Epidermal pH Monitoring", A. Bandokar, V. Hung, W. Jia, G. Valdes-Ramirez, J. Windmiller, J. Ramirez, A.G. Martinez, G. Chan, K. Kerman, J. Wang. *Analyst*, 138(2013)123. *(Highlighted in Science Daily and Dailymail, December 2013)*

 "Rapid Antimicrobial Susceptibility Testing by Sensitive Detection of Precursor Ribosomal RNA Using a Novel Electrochemical Biosensing Platform", C. Halford, R. Gonzalez, S. Campuzano, B. Hu, J. Babbitt, J. Liu, J. Wang, B. Churchill, and D. Haake, *Antimicrobial Agents and Chemotherapy* , 57(2013)936.

2012

"Water-Driven Micromotors", W. Gao, A. Pei and J. Wang, *ACS Nano*, 6(2012) 8432. *(Highlighted in Chem Eng News and Nanowerk, August 2012)*

"Bacterial Isolation by Lectin-Modified Microengines", S. Campuzano, J. Orozco, D. Kagan, M. Guix, W. Gao, S. Sattayasamitsathit, J. C. Claussen, A. Merkoçi, J. Wang, *Nano Letters*, 12 (2012)396.(*Highlighted in Nanowerk, December 2011*)

"Acoustic Droplet Vaporization and Propulsion of Perfluorocarbon-Loaded Microbullets for Targeted Tissue Penetration and Deformation", D. Kagan, M.J. Benchimol, J.C. Claussen, Chuluun-Erdene, E. S. Esener, J Wang, *Angew. Chemie Int. Ed.*, 51(2012)7637. *(Highlighted in Chemistry Views June 2012)*

"Self-Propelled Carbohydrate-Sensitive Microtransporters with 'Built-in' Boronic-Acid Recognition for Isolating Sugars and Cells", F. Kuralay, S. Sattayasamitsathit, W. Gao, A. Uygun, A. Katzenberg, J. Wang, *J. Am. Chem. Soc* ,134(2012)15217.

"Nano/Microscale Motors: Biomedical Opportunities and Challenges", J. Wang and W. Gao, *ACS Nano*, 6(2012)5745.

"Reliable field identification of Subjects involved in Firearm-related Crimes based on Electroanalysis coupled with advanced chemometric data treatment ", X. Ceto, A. M. O' Mahony,

J. Windmiller, M De Valle, J. Wang, *Anal. Chem.*, 84(2012)10306. **(Highlighted in Chemical Eng. News, November 2012)**

"Cargo-Towing Fuel-Free Magnetic Nanomotors for Targeted Drug Delivery", W. Gao, D. Kagan, On Shun Pak, Corbin Clawson, S. Campuzano, E. Chuluun-Erdene, E. Shipton, E. E. Fullerton, L. Zhang, E. Lauga, and J. Wang, *Small*, 8(2012)460.**(VIP Paper, Highlighted Chemistry Views).**

"Hydrogen-Bubble-Propelled Zinc-Based Microrockets in Strongly Acidic Media", W. Gao, A. Uygun, and J. Wang, *J. Am. Chem. Soc.*,134(2012)897.**(Highlighted in Chem. Eng. News Jan.. 16, 2012; Discovery News and Popular Science, January 2012; Science Daily, February 2012).**

"Three Dimensional Nickel-Graphene/Core –Shell Electrodes", X. Xiao, C. Lambert, S. Brozik, J. Wang, D. Burckel and R. Polsky, *J. Mater. Chem.*, 22(2012)23749.

"Multi-Analyte Digital Biosensors with Built-in Boolean Logic", E. Katz, J. Wang, M. Privman, J. Halámek, *Anal Chem,*, 84(2012)5463.

"A Self-Powered "Sense-Act-Treat" System that is Based on a Biofuel Cell and Controlled by Boolean Logic", M. Zhou, N. Zhou, F. Kuralay, J. R. Windmiller, S. Parkhomovsky, G. Valdés-Ramírez, E. Katz, and J. Wang , *Angew Chemie Int Ed.,* 124(2012)2740. **(Highlighted in Chemistry World, January 12, 2012)**

"Orthogonal Detection of Nitroaromatic Explosives via Direct Voltammetry Coupled to Enzyme-Mediated Biocatalysis", A. M. O' Mahony, G. Valdes Ramirez, J. Windmiller, I. A. Samek , J. Wang,*Electroanalysis*, 24(2012)1811.

"Stamp Transfer Electrodes for Electrochemical Sensing on Non-Planar and Oversized Surfaces",J. R. Windmiller, A. Bandodkar, S. Parkhomovsky, J. Wang, *Analyst*, 137(2012)1570.

"Swipe and Scan': Integration of Sampling and Analysis of Gunshot Metal Residues at Screen-Printed Electrodes", A. M. O' Mahony, J. Windmiller, I. A. Samek , A.J. Bandodkar, J. Wang,*Electrochemistry Communications*, 23(2012)52.

"Greatly Extended Storage Stability of Electrochemical DNA Biosensors using Ternary Thiolated Self-Assembled Monolayers" by F. Kuralay, S. Campuzano, and J. Wang, *Talanta*, 99(2012)155.

"Material Considerations and locomotive Capability in catalytic tubular Microengines", G. Huang, J. Wang, and Y. Mei, *J. Mater. Chem.*, 22(2012)6519.

"DNAzyme logic-controlled Biofuel cell for self-powered Biosensors", M. Zhou, F. Kuralay, J. R. Windmiller, and J. Wang, *Chem. Commun.*, 48(2012)3815.

"Highly Ordered Three Dimensional Graphene-Coated Monoliths Prepared by Chemical Conversion of Patterned Pyrolyzed Photoresist Films", X. Xiao, T. Beechem, M. Brumbach, T. Lambert, J. Michael, C. Washburn, J. Wang, S. M. Brozik, D. R. Wheeler, D. B. Burckel, and R. Polsky, *ACS Nano*, 6(2012)3573.

"Electrochemical Sensing Based on Printable Temporary Transfer Tattoos", J. R. Windmiller, A. Bandodkar, G. Valdés-Ramírez, S. Parkhomovsky, A. Martinez, J. Wang, *Chem. Commun.*, 48 (2012)6794. **(Highlighted in Chemistry World, June 2012)**

"Highly Ordered Tailored Three-Dimensional Hierarchical Nano/Microporous Gold/Carbon Architectures", S. Sattayasamitsathit, A.M. O'Mahony, X. Xiaoyin, W. Gao, S. Minteer, J. Cha, R. Polsky and J. Wang, *J. Mater. Chem.*, 22(2012)11950.

"Simultaneous Electrochemical Measurement of Metal and Organic Propellant Constituents of Gunshot Residues", A. M. O' Mahony, I. A. Samek, and J. Wang, *Analyst*,137(2012) 3265. **(Highlighted in Chemistry World, June 2012)**

"Polymer-based Tubular Microbots: Role of Composition and Preparation", W. Gao, S. Sattayasamitsathit, A. Uygun, A. Pei, A. Ponedal, J. Wang, *Nanoscale*, 4(2012)2447.

"Multiplexed Microneedle-based Biosensor Array for Characterization of Metabolic Acidosis", P. Miller, S. Skoog, T. Edwards, D.C. Arango, X. Xiao, S. Brozik, J. Wang, R. Polsky, R. J. Narayan,*Talanta*, 88 (2012)739.

"Catalytically-Propelled Nanomotors: How Fast Can They Move?" W. Gao, S. Sattayasamitsathit, J. Wang, *The Chemical Record*, 12(2012)224.

"Superhydrophobic alkanethiol-coated microsubmarines for effective removal of oil", M. Gulx, J. Orozco, M. Garcia, W. Gao, S. Sattayasamitsathit, A. Merkoci, A. Escarpa and J. Wang, *ACS Nano*, 6(2012)4445 **(Highlighted in BBC News , Discovery News, The Engineer, all May 2012).**

"Biofuel Cells for Self-Powered Electrochemical Biosensing and Logic Biosensing", M. Zhou and J. Wang, Electroanalysis, 24(2012)197.

"Cargo-Towing Synthetic Nanomachines: Towards Active Transport in Microchip Devices", J.Wang, *Lab-on-Chip*, 12(2012)1944.

"Multiplexed and Switchable Release of Distinct Fluids from Microneedle Platforms via Conducting Polymer Nanoactuators for Potential Drug Delivery", G. Valdes-Ramirez , J. R. Windmiller, J. C. Claussen , A. G. Martinez, F. Kuralay , M. Zhou, N. Zhou , R. Polsky, R. Narayan, J. Wang, Sensors Actuators B, 161(2012)1018.

"Ternary monolayer interfaces for ultrasensitive and direct bioelectronic detection of nucleic acids in complex matrices", S. Campuzano, F. Kuralay, J. Wang, *Electroanalysis*, 23(2012)483.

2011

"Highly Efficient Catalytic Microengines: Template Electrosynthesis of  Bilayer Polyaniline-Platinum Conical Microtubes", W. Gao, S. Sattayasamitsathit, J. Orozco and J. Wang, *J. Am. Chem. Soc.*, 133(2011)11862.

 "High-Speed Propulsion of Flexible Magnetic Nanowire Motors: Theory and Experiments", O. S. Pak, W. Gao, J. Wang and E. Lauga, *Soft Matter*, 7(2011)8169 *(Highlighted in Chemistry World, July 21, 2011)*

"Dynamic Isolation and Unloading of Target Proteins by Aptamer-Modified Microtransporters", J. Orozco, S. Campuzano, M. Zhou, D. Kagan, W. Gao, J. Wang, *Anal. Chem.*, 83(2011)7962.

"Enzyme-Based NAND Gate for Rapid Electrochemical Screening of Traumatic Brain Injury in Serum", N. Zhou, J.R. Windmiller, G. Valdés-Ramírez, M. Zhou, J. Wang, *Anal. Chim Acta*, 703 (2011)94.

 "Motion-based Sensing and Biosensing using Electrochemically-Propelled Nanomotors", S. Campuzano, D. Kagan, J. Orozco, J. Wang, Analyst 136(2011)4621. *(Featured as Cover)*

"Polymer End-Group Mediated Synthesis of Well-Defined Catalytically Active Platinum Nanoparticles", L. M. Forbes, A. M. O'Mahony, S. Sattayasamitsathit, J. Wang and J. N. Cha, *J. Mater. Chem.*, 21(2011)15788.

"Biomolecular Filters for Improved Separation of Output Signals in Enzyme Logic Systems Applied to Biomedical Analysis", J. Halámek, J. Zhou, J. Wang, V. Privman, E. Katz, Anal. Chem. 83(2011)8383.

'Hybrid Nanomotor: Catalytically/Magnetically Powered Adaptive Nanowire Swimmer", W. Gao, S. Sattayasamitsathit, K. Manian, and J. Wang, *Small*, 7(2011)2047. (*VIP Paper; Highlight in Materials Views, July 20, 2011)*

"Highly Sensitive Disposable Nucleic acid Biosensors for Direct Bioelectronic Detection in Raw Biological Samples," F. Kuralay, S. Campuzano, D. Haake, J. Wang, *Talanta*, 85(2011)1330.

"Design of a High Throughput 25-Well Parallel Electrolyzer for the Accelerated Discovery of $CO_2$", Reduction Catalysts via a Combinatorial Approach", T. Dang, R. Ramsaran, S. Roy, J. Froehlich, J. Wang, C. P. Kubiak, *Electroanalysis*, 23(2011)2335.

"Wearable Electrochemical Sensors for *in-situ* Analysis in Marine Environments," K. Malzahn, J.R. Windmiller, G. Valdés-Ramírez, M. J. Schöning, and J. Wang, *Analyst*, 136 (2011)2912. *(Highlighted in Chemistry World June 2, 2011)*

"Highly Dispersed Pt Nanoparticle-Modified 3D Porous Carbon: A Metallized Carbon Electrode Material", S. Sattayasamitsathit, A M. O' Mahony, X. Xiao, S. M. Brozik,  C. M. Washburn, D. R. Wheeler,  J. Cha, D. B. Burckel, R. Polsky and J. Wang,  *Electrochem. Communications*, 13 (2011)856.

"Responsive Interface Switchable by Logically Processed Physiological Signals – Towards "Smart" Actuators for Signal Amplification and Drug Delivery," M. Privman, T. Tam, V. Bocharova, J. Halámek, J. Wang, and E. Katz, *ACS Applied Materials & Interfaces*, 3(2011) 1620.

"Alert-Type Biological Dosimeter Based on Enzyme Logic System", V. Bocarova, J. Halamek, J. Wang and E. Katz,  *Talanta*, 85(2011)800.

"Micromachine Enables Capture and Isolation of Cancer Cells in Complex Media", S. Balasubramanian, D.  Kagan, C.M. Hu, S. Campuzano, M. J. Lobo-Castañon, N. Lim, Dae Y. Kang, M. Zimmerman, L.  Zhang, J. Wang, *Angew Chemie Int Ed.*, 50(2011)4161. *(VIP - Featured as Cover; Highlighted in Angew Chemie 50, 7220, 2011;  in Chemistry World, April 2011; in Chem Eng. News April 27, 2011)*

"Functionalized Micromachines for Selective and rapid isolation of Nucleic acid Targets from Complex Samples", D. Kagan, S. Campuzano, S. Balasubramanian, F. Kuralay, G. Flechsig, and J. Wang,  *Nano Letters*, 11(2011)2083.

"Lithography-Defined 3D Porous Networks as Active Substrates for Surface Enhanced Raman Scattering", X. Xiao, J. Nogan, Gabriel A. Montaño,  C. M. Washburn, J. Wang, S. M. Brozik, D. R. Wheeler, D. Bruce Burckel, and R.  Polsky, *Chem Comm.*, 47(2011)9858.

"Bicomponent Microneedle Array Biosensor for Minimally-Invasive Glutamate Monitoring" , J. R. Windmiller, G. Valdés-Ramírez, N. Zhou, M. Zhou, P. Miller, S. Brozik, R. Polsky,  E. Katz, R. Narayan and J. Wang , *Electroanalysis*, 23(2011)2302.

"Bioelectronic System for the Control and Readout of Enzyme Logic Gates", J. Windmiller, P. Santhosh, J. Wang, *Sensors Actuators B*, 155 (2011)206.

"Ternary Monolayers as DNA Recognition Interfaces for Direct and Sensitive Electrochemical Detection in Untreated Clinical Samples", S. Campuzano, F. Kuralay, M. J. Lobo-Castañon, Martin Bartošík, K. Vyavahare, E. Palecek, D. Haake, J Wang, *Biosensors and Bioelectronics*, 26 (2011)3577.

"High-fidelity Simultaneous Detection of Explosives and Nerve Agent Threats via a Boolean Biocatalytic Cascade", M.C. Chuang, J. Windmiller, Padmanabhan Santhosh, G.V. Ramírez, E. Katz, J. Wang, *Chem. Communications*, 47(2011)3087. **(Highlighted in Chemistry Wold, February 2011)**

" Bio-logic analysis of injury biomarker patterns in human serum samples", J. Zhou, J. Halámek, V. Bocharova; J. Wang, E. Katz, *Talanta* 83(2011)955.

"Chemically-Triggered Swarming of Gold Microparticles", J. Wang, D. Kagan, S.Balasubramanian, *Angew Chemie Int Ed.*, 50(2011)503.

"Nanobioelectroanalysis based on Carbon/Inorganic Hybrid Nanoarchitectures", S. Campuzano and J. Wang, *Electroanalysis*, 23(2011)1289.

"Microneedle Array-based Carbon Paste Amperometric Sensors and Biosensors", M.C. Chuang,J.R. Windmiller, G. Ramírez, J. Wang, *Analyst*, 136(2011)416.

"Zwitterionic Poly(carboxybetaine) Hydrogels for Glucose Biosensors in Complex Media", W. Yang, H. Xue, L. R. Carr, J. Wang, and S. Jiang, *Biosensors Bioelectronics*, 26(2011)2454.

" Development of Amperometric a-Ketoglutarate Biosensor based on Ruthenium Rhodium Modified Carbon Fiber Enzyme Microelectrode", S. Poorahong, P. Santhosh, G. Valdés Ramírez, Ta-Feng Tseng, J. Wong, P. Kanatharana, P.Thavarungkul, J. Wang, *Biosensors Bioelec.*,26 (2011)3670.

"Cyclic and Square-wave Voltammetric Signatures of Nitro-containing Explosives", M. Galik, A. M. O'Mahony, and J. Wang, *Electroanalysis*, 23(2011)1193.

"Redox cycling amplified electrochemical detection of DNA hybridization: Application to pathogn E. coli bacterial RNA", J. Wu, A. Walter, G. Flechsig, D. Haake, J. Wang, *Anal. Chim. Acta*, 689 (2011)29.

**2010**

"Rapid Delivery of Drug Carriers Propelled and Navigated by Catalytic Nanoshuttles" J. Wang, D. Kagan, R. Laocharoensuk, M. Zimmerman, C. Clawson, S. Balasubramanian, D. Kang, D. Bishop, S. Sattayasamitsathit, L. Zhang, *Small*, 6(2010)2741. **(Highlight in Nature Materials, Dec. 1, 2010)**

"Motion-based DNA Detection using catalytic nanomotors, J. Wu, D. Kagan, S. Balasubramanian, K. Manesh, S. Campuzano and J. Wang, *Nature Communications*, 1:36 doi: 10.1038/ ncomms1035 (2010).

"Magnetically-Powered Flexible Metal Nanowire Motors", W. Gao, S. Sattayasamitsathit, K. Manian Manesh, D. Weihs, J. Wang, *J. Am. Chem. Soc.*, 132(2010)14403. ***(Highlighted in Science, Oct. 15, 2010)***

"Ternary Surface Monolayers for Ultrasensitive (Zeptomole) Amperometric Detection of Nucleic Acid Hybridization without Signal Amplification". Wu, J. et al, *Anal Chem.* 82(2010)8830.

"Multi-Enzyme Logic Network Architectures for Assessing Injuries: Digital Processing of Biomarkers", J. Halámek, V. Bocharova, S. Chinnapareddy, J.R. Windmiller, G. Ramírez, J. Wang and E. Katz., *Molecular Biosystems*, 6(2010)2554.

"Enzymatic AND Logic Gates Operated under Conditions Characteristic of Biomedical Applications", D. Melinikov, G. Strack, J. Zhou, J. Windmiller, J. Halamek, V. V. Bocharova, M. Chuang, P. Santhosh, V. Privman, J. Wang, and E. Katz, *J. Phys. Chem. B*, 114(2010)12166.

"Textile-based Electrochemical Sensing: Effect of Fabric Substrate and Detection of Nitroaromatic Explosives", M.C. Chuang, J. Windmiller, G. Ramírez, M. Galik, Chou, and J. Wang,*Electroanalysis*, 22(2010)2551.

" Nanomotor-based Writing of Surface Microstructures", K. Manesh, S. Balasubramanian, J. Wang, *Chem. Comm.*, 46(2010)5704.

"Digital Biosensors with Built-in Logic for Biomedical Applications ◂ Biosensors Based on Biocomputing Concept" (Invited Review), J. Wang and E. Katz, *Anal. Bioanalytical Chemistry*, 398(2010)1591.

"Strip-based amperometric detection of myeloperoxidase", J.Windmiller, S. Chinnapareddy, P. Santhosh, J. Halámek, M.C. Chuang, V. Bocharova, T.F. Tseng, T. Chou, J. Wang and E. Katz,Biosensors and Bioelctronics, 26(2010)886

"Simplified Cost-Effective Preparation of High-Performance Ag–Pt Nanowire Motors", S. Sattayasamitsathit, W. Gao, P. Calvo-Marzal, K.M. Manesh, J. Wang, *ChemPhysChem*, 11 (2010)2802.

"Boolean-Format Biocatalytic Processing of Enzyme Biomarkers for the Diagnosis of Soft Tissue Injury", J. Windmiller, G.. Strack , M. Chuang, P. Santhosh, V. Bocharova, E. Katz, and J. Wang, *Chem. Sens. Actuators B*, 150(2010)285.

"Multiplexing of injury codes for the parallel operation of enzyme logic gates", J. Halámek J, Windmiller, J. Zhou, M. Chuang, P. Santhosh, G.. Strack , M. Arugula S. Chinnapareddy V. Bocharova, J. Wang, E. Katz *Analyst*, 135(2010)2249. *(Highlighted in Chemical Biology, July 12, 2010)*

"Amplified Potentiometric Transduction of DNA Hybridization using Ion-Loaded Liposomes", K. Y. Chumbimuni-Torres, J. Wu, C. Clawson, M. Galik, A. Walter, G.U. Flechsig, E. Bakker, L. Zhang,and J. Wang, *Analyst*, 135(2010)1618.

"Thick-Film Textile-based Amperometric Sensors and Biosensors", M. Chuang, Y. Yang, S. Luo, J. Wang, *Analyst*, 135(2010)1230. *(Highlighted in Chemical Technology, March 25 2010)*

"Template-Assisted Fabrication of Salt-Independent Catalytic Tubular Microengines", K.M. Manesh, M. Cadona, R. Yuan, D. Kagan,  S. Balasubramanian, and J. Wang, *ACS Nano*, 4 (2010)1799.

 "Propulsion of Nanowire Diodes", P. Calvo-Marzal, S. Sattayasamitsathit, S. Balasubramanian, J. Windmiller, C. Dao, J. Wang, *Chem. Comm.*, 46(2010)1623. *(Highlighted in Chemical Science, February 9 2010)*

"Flexible Thick-film Glucose Biosensor: Influence of Mechanical Bending on the Performance",M.C. Chuang, Y.L. Yang, T.F. Tseng , T. Chou, S. L. Lou, J. Wang, *Talanta*, 81 (2010)15.

"Motion Control at the Nanoscale", K. Manesh and J. Wang, *Small*. 6(2010)338.

"Integrated Explosive Preconcentrator and Electrochemical Detection System for TNT Vapor", K. Cizek, C. Prior, R. Tsui, J. La Belle, M. Galik, J. Wang, *Anal. Chim. Chem.* 661(2010)117.

"High Temperature Potentiometry: Modulated Response of Ion-Selective Electrodes During Heat Pulses", K. Y. Chumbimuni-Torres, C. Thammakhet, M. Galik,  P. Calvo-Marzal, J. Wu, E. Bakker, G. Flechsig, and J. Wang, *Anal. Chem.*, 81(2010)10290.

**2009**
 " Reverse-Micelle Synthesis of Electrochemically Encoded Quantum Dot Barcodes: Application to Electronic Coding of a Cancer Marker,"  Y. Xiang, Y. Zhang, C. Yuyong; C. Yue; J. Wang, R.Yuan, Anal. Chem. , 82(2009)1138.

"Potentiometric Detection of DNA Hybridization using Enzyme-Induced Metallization and a Ag ISE: Detection of E. Coli Baterial Pathogen", J. Wu, K. Y. Chumbimuni-Torres, C. Thammakhet, M. Galik,  P. Calvo-Marzal, J. Wang, Anal. Chem. 81(2009)10007.

"Biomolecule-Functionalized Nanowires: From Nanosensors to Nanocarriers", J. Wang, ChemPhysChem., 10(2009)1748.

"Real-Time Electrochemical Monitoring of Drug Release from Therapeutic Nanoparticles", L. Mora, L. Hernandez, L. Zhang and J. Wang, J. Controlled Release, 140(2009)69.

 "Real Time Probing of the Growth Dynamics of Nanoparticles using Potentiometric ISEs", K.Y. Chumbimuni-Torres, E. Bakker and J. Wang, Electrochem. Commun. , 11(2009)1964.

 "Thermally Stable Improved First-Generation Glucose Biosensors based on  Nafion/Glucose-Oxidase Modified Heated Electrodes", T. Feng, Y. Yang, M. Chuang, S. Luo, M. Galik, G. Flechsig, and J. Wang, Electrochem. Commun., 11(2009)1812.

"Chemical Sensing based on Catalytic Nanomotors: Motion-based Detection of Trace Silver", D. Kagan, P. Calvo-Marzal, S. Balasubramanian,  S. Sattayasamitsathit,  K. Manesh, G. Flechsig, J. Wang, J. Am. Chem. Soc.-131(2009)12082.

"Electrochemically-Triggered Motion of Nanomotors",  P. C. Marzal, K. M. Manesh, D. Kagan, S. Balasubramanian, M. Cardona, G. U. Flechsig, J. Posner, J. Wang,  Chem. Commun. 30 (2009) 4509.

"Potentiometric Biosensing based on Biocatalytic Enlargement of Metal Nanoparticles Detection of NADH at Copper Ion-Selective Electrodes", K. Y. Chumbimuni-Torres, J. Wang, Analyst, 134 (2009), 1614.

"Thermal Modulation of Nanomotor Movement", S. Balasubramanian, D. Kagan, K. Manesh , P. Calvo-Marzal , G.U. Flechsig, J. Wang, Small, 5 (2009) 1569.

"Enzyme Logic Gates for Assessing Physiological Condition During an Injury", M. Pita, J. Zhou, K. Manesh, E. Katz and J. Wang, Sensors and Actuators B, 139(2009) 631.

"Enzymatic Nanolithography of Polyaniline Nanopatterns by Using Peroxidase-Modified AFM Tips", X. Luo, V. A. Pedrosa, J. Wang, Chemistry-A European Journal, 15, (2009), 5191.

"Can Man-Made Nanomachines Compete with Nature Biomotors?", J. Wang, ACS Nano, 3 (2009) 4.

"Orthogonal Multi-Readout Identification of Alloy Nanowire Barcodes, U. Demirok, J. Burdick, J. Wang, JACS, 131 (2009) 22.

"Barcoded Metal Nanowires", J. Wang, J. Mater. Chem., 18 (2008) 4017.

"Flexible Rolled Thick-Film Miniaturized Flow-cell for Minimally Invasive Amperometric Sensing", A. Kagie, D. Bishop, J. La Belle, R. Felder, R. Dymond and J. Wang, Electroanalysis, 20 (2008) 1610.

"Ultrafast Catalytic Alloy Nanomotors", U. Demirok, R. Laocharoensuk, K. M. Manesh, J. Wang, Angew. Chemie, 47 (2008) 9349-9351

"Synthetic Nanomotors in Microchannel Networks: Directional Microchip Motion and Controlled Manipulation of Cargo", J. Burdick, R. Laocharoensuk, P. M. Wheat, J. D. Posner, J. Wang, JACS, 130 (2008) 8164.

"Nanofingers based on Binary Gold-Polypyrrole Nanowires", V. A. Pedrosa, X. Luo, J. Burdick and J. Wang, Small, 4 (2008) 738.

"Electrochemical Glucose Biosensors", J. Wang, Chemical Reviews, 108 (2008) 814.

"CNT-Induced Acceleration of Catalytic Nanomotors", R. Laocharoensuk, J. Burdick, J. Wang, ACS Nano, 2 (2008) 1069.

"Shape-Tailored Porous Gold Nanowires: From Nano Bar-bells to Nano Step-cones", R. Laocharoensuk, S. Sattayasamitsathit, J. Burdick, P. Kanatharana, P. Thavarungkul, J. Wang, ACS Nano, 1 (2007) 403.

"Ultrasensitive Label-Free Aptamer-Based Electronic Detection ", Y. Xiang, M. Xie, R. Bash, J. J. L. Chen, J. Wang, Angew Chemie, 46 (2007)9054.

"Stripping-based Electrochemical Metal Sensors for Environmental Monitoring", J. Wang in 'Electrochemical Sensor Analysis', Vol. 49, Algeret and Merckoci (Eds.), Elsevier, 2007.

"Adaptive Nanowire-Nanotube Systems for On-Demand Bioelectrocatalytic Transformations", R. Laocharoensuk, A. Bulbarello, S. Mannino, and J. Wang, Chem. Commun., 2007) 3362.

"Electrochemical Sensing of Explosives", J. Wang Chapter 4, in 'Counterterrorist Detection Techniques of Explosives', J. Yinon (Ed), Elsevier, Amsterdam, 2007.

"Electrochemical Detection of E. Coli. 16S rDNA Sequence using screen-printed electrodes", H. Shiraishi, T. Itoh, H. Hayashi, K. Takagi, M. Sakane, T. Mori, J. Wang, Bioelectrochemistry, 70 (2007) 481.

"Potentiometric Immunoassay with Quantum Dot Labels", R. Thurer, T. Vigassy, M. Hirayama, J. Wang, E. Bakker, and E. Pretsch, Anal. Chem., 79 (2007) 5107.

"Adaptive Nanowires for Switchable Microchip Devices ", E. Piccin, R. Laocharoensuk, J. Burdick, E. Carrilho, and J. Wang, Anal. Chem., 79 (2007) 4720.

"Sandwich electrochemical immunoassay for the detection of Staphylococcal enterotoxin B based on immobilized thiolated antibodies", M. P. Chatrathi, J. Wang and G. E. Collins, Biosensors and Bioelectronics, 22 (2007) 2932.

"On-Demand Protection of Electrochemical Sensors Based on Adaptive Nanowires", R, Laocharoensuk, A. Bulbarello, S. B. Hocevar, S. Mannino, B. Ogorevc, and J. Wang, J. Am. Chem. Soc. 129(2007) 7774.

"Magnetic movement of biological fluid droplets", A. A. García, A. Egatz-Gómez, S. Lindsay, P. Domínguez-García, S. Melle, M. Marquez, M. A. Rubio, S. T. Picraux, D. Yang, P. Aella, M. A. Hayes, D. Gust, S. Loyprasert, T. Vazquez-Alvarez, J. Wang, J. Magnetism and Magnetic Materials, 311(2007)238.

"One Step Simplified Electrochemical Sensing of TATP based on its Acid Treatment", R. Munoz, D. Lu, A. Cagan and J. Wang, Analyst, 132(2007)560.

"Carbon anaotube/poly(methyl methacrylate) (CNT/PMMA) composite electrode fabriacted by in situ polymerization for microhip capillary analysis", X Yao, H. Wu, J. Wang, S. Qu, G Chen, Chemistry-A European Journal, 13(2007)846

"Nanoparticles for Electrochemical Assays", in Nanobiotechnology II, (Eds.: C. Mirkin, C. Niemeyer), Wiley-VCH, Weiheim, 2007, p.125.

"Magnetic loading of carbon nanotube/nano-Fe3O4 compsosite for electrochemical sensing, S. Qu, J. Wang, J. Kong, P. Yang, G. Chen, Talanta, 71(2007)1096.

"Electrochemical Sensing of Explosives", J. Wang, Electroanalysis, 4(2007)415.

"Adaptive Orientation of Multifunctional Nanowires for Magnetic Control of Bioelectrocatalytic processes", O. A. Loaiza, R. Laocharoensuk, J. Burdick, M.C. Rodriguez, J. M. Pingarron, M.Pedrero, J. Wang, Angew Chemie Int. Ed., 46(2007)1508.

"Highly Stable Amplified Low-Potential Electrocatalytic Detection of NAD+ at Azure-Chitosan Modified Carbon Electrodes", T. Tangkuaram, J. Wang, M. C. Rodriguez , R. Laocharoensuk and W. Veerasai, Sensors and Actuators B (Invited, Special Issue), 121(2007)277.

"Electrocatalytic detection of Insulin at RuOx/Carbon-Nanotube Modified Carbon Electrodes", J.Wang, T. Tangkuaram, S. Loyprasert, T. Vazquez-Alvarez, W. Veerasai, P. Kanatharana, P. Thavarungkul, Anal. Chim. Acta, 581(2007)1.

"Nanoparticle-based Bioelectronic Sensing of Glycan-Lectin Interactions", Z. Dai, A. Kawde, Y. Xiang, J. T. La Belle, J. Gerlach, V. P Bhavanandan, L. Joshi and J. Wang, J. Am. Chem. Soc., 128(2006)100018.

"Nanoparticle-based Assays of Antioxidant Activity", J. Wang, M. Scamicchio, A. Blasco and A. Escarpa, Anal. Chem., 78(2006)2060.

"Templated One-Step Synthesis of Compositionally Encoded Nanowire Tags, J. Wang and G. Liu" Anal. Chem. 78(2006)2461.

"Magnetic Tuning of the Electrochemical Reactivity Through Controlled Surface Orientation of Catalytic Nanowires", J. Wang, M. Scampicchio, R. Laocharoensuk, F. Valentini, O. González-García and J. Burdick, J. Am. Chem. Soc., 128(2006)4562.

"Quantum-Dot/Aptamer-based Ultrasensitive Multi-Analyte Electrochemical Biosensor", J. Hansen, J. Wang, A. Kawde, Y. Xiang, .J. Am. Chem. Soc., 128(2006)2228.

"Electrochemistry of Nucleic Acids and Proteins", E. Palecek, J. Wang and F. Scheller, Elsevier (2005)

"Aptamer Biosensor for Label-Free Impedance Spectroscopy Detection of Proteins Based on Recognition-Induced Switching of the Surface Charge", J. Wang, A. Kawde and M. Rodriguez, Chem. Comm., 2005, 4267.

"Nanomaterial-based Amplified Transduction of Biomolecular Interactions", J. Wang, Small, 1 (2005)1036.

"Multiple Enzyme Layers on Carbon Nanotubes for Ultrasensitive Bioelectronic Detection Down to 80 DNA Copies", B. Munge, G. Liu, J. Wang and G. Collins, Anal. Chem., 77, 4662 (2005).

"Magnetic Catalytic Nickel Particles for On-demand Control of Electrocatalytic Processes", J. Wang, M. Musameh and R. Laochoensuk, Electrochemical Communications, 7, 652, (2005).

"Nanomaterial-based Electrochemical Biosensors", J. Wang, Analyst, 139,421, (2005).

"Nanocrystal-Based Bioelectronic Coding of Single Nucleotide Polymorphisms" , J. Wang, Liu, G. and T. M. H. Lee, JACS, 127, 38-39. (2005)

"Carbon Nanotube-Conducting-Polymer Composite Nanowires" , J. Wang, Jinhua Dai, and Travis Yarlagadda, Langmuir, 21, 9-12 (2005)

"DNA-based Amplified Bioelectronic Detection and Coding of Proteins", J. Wang, G. Liu, B. Munge, L. Lin and Q. Zhu, Angew Chemie Int. Ed, 43, 2158, (2004).

"Ultrasensitive Electrical Biosensing of Proteins and DNA: Carbon-Nanotube Derived Amplification of the Recognition and Transduction Events", J. Wang, G. Liu, M. Jan, J. Am. Chem. Soc. 126, 3010, (2004).

"CE Microchips with Carbon-Nanotube Electrochemical Detectors", J. Wang, G. Chen, M. P. Chatrathi, M. Musameh, Anal. Chem., 76, 298, (2004).

"Carbon Nanotube Fiber Microelectrodes", J. Wang, R. Deo, P. Poulin, and M. Mangey, J. Am. Chem. Soc. 125, 14706, (2003).

"On-Chip Integration of Enzyme and Immunoassays: Simultaneous Measurements of Insulin and Glucose", J. Wang, A. Ibanez, and M. P. Chatrathi, J. Am. Chem. Soc. 125, 8444, (2003).

"Solubilization of Carbon Nanotubes by Nafion Towards the Preparation of Amperometric Biosensors", J. Wang, M. Musameh, and Y. Lin, J. Am. Chem. Soc. 125, 2408, (2003).

"Electrochemical Coding Technology For Simultaneous Detection of Multiple DNA Targets", J. Wang, G. Liu, and A. Merkoci, J. Am. Chem. Soc. 125, 3214, (2003).

"Carbon Nanotube/Teflon Composite Electrochemical Sensors and Biosensors", J. Wang, and M. Musameh, Anal. Chem., 75, 2075, (2003).

"Microfabricated Electrophoresis Chip for Bioassay of Renal Markers", J. Wang, and M. P.

Chatrathi, Anal. Chem., 75, 525, (2003).

"Real-Time Electrochemical Monitoring: Toward Green Analytical Chemistry", J. Wang, Accounts of Chemical Research 35, 811, (2002).

"'Electroactive Beads' for Ultrasensitive DNA Hybridization Detection", J. Wang, R. Polsky, A. Merkoci, K. Turner, Langmuir 19, 989, (2003).

"Dual Conductivity/Amperometric Detection System for Microchip Capillary Electrophoresis", J. Wang, M. Pumera, Anal. Chem. 74, 5919, (2002).

"Measurements of Chemical Warfare Agent Degradation Products Using an Electrophoresis Microchip with Contactless Conductivity Detector", J. Wang, M. Pumera, G. E. Collins, A. Mulchandani, Anal. Chem. 74, 6121, (2002).

"Magnetically-Induced Solid-State Electrochemical Detection of DNA Hybridization", J. Wang, D. Xu, R. Polsky, J. Am. Chem. Soc. 124, 4208, (2002).

"Single-Channel Microchip for Fast Screening and Detailed Identification of Nitroaromatic Explosives or Organophosphate Nerve Agents", J. Wang, M. Pumera, M. P. Chatrathi, A. Escarpa, M. Musameh, G. Collins , A. Mulchandani , Y. Lin, K. Olsen, Anal. Chem. 74, 1187, (2002)

"Metal Nanoparticle-Based Electrochemical Stripping Potentiometric Detection of DNA Hybridization", J. Wang, D. Xu, A.N. Kawde, R. Polsky, Anal. Chem. 73, 5576, (2001).

"Electrochemical Enzyme Immunoassay on Microchip Platforms", J. Wang, A. Ibáñez, M.P. Chatrathi, A. Escarpa, Anal. Chem. 73, 5323, (2001).

"Gold-Nanoparticle-Enhanced Microchip Capillary Electrophoresis", M. Pumera, J. Wang, E. Grushka, R. Polsky, Anal. Chem. 73, 5625, (2001).

"Silver-Enhanced Colloidal Gold Electrochemical Striping Detection of DNA Hybridization", J. Wang, R. Polsky, D. Xu, Langmuir 17, 5739, (2001).

"Capillary Electrophoresis Microchips for Separation and Detection of Organophosphate Nerve Agents", J. Wang, M.P.Chatrathi, A.Mulchandani, W.Chen , Anal. Chem. 73, 1804, (2001).
"Microseparation Chips for Performing Multienzymatic Dehydrogenase/Oxidase Assays: Simultaneous Electrochemical Measurement of Ethanol and Glucose", J. Wang et al., Anal. Chem. 73, 1296 (2001).

"Needle-Type Dual Microsensor for the Simultaneous Monitoring of Glucose and Insulin", J. Wang et al., Anal. Chem 73, 844 (2001).

"Micromachined separation chips with Precolumn Reactor and End-Column Electrochemical Detection", J. Wang et al, Anal. Chem. 72, 5774 (2000).

"Flow Detection of Nucleic Acids at a Conducting Polymer-Modified Electrode," J. Wang et al, Anal. Chem., 71,4095 (1999).

"From DNA Biosensor to Gene Chips," J. Wang, Nucleic Acid Research, 28, 3011 (2000).

"Voltammetry on Microfluidic Chip Platforms," J. Wang, R. Polsky, B. Tian, and M. P. Chatrathi, Anal. Chem. 72, 5285 (2000).

"Microfabricated Electrophoresis Chips for Simultaneous Bioassays of Glucose, Uric Acid, Ascorbic Acid, and Acetaminophen," J. Wang et al, Anal. Chem., 72,2514 (2000).

"Electrochemically-Induced Release of DNA From Gold Ultramicroelectrodes," J. Wang et al, Langmuir, 19,6541 (1999).

"Integrated Electrophoresis Chips/Amperometric Detection with Sputtered Gold Working Electrodes," J. Wang et al, Anal. Chem.,

© 2009 Department of Nanoengineering. All Rights Reserved.