Gregory L. Diskant (*pro hac vice*)
Eugene M. Gelernter (*pro hac vice*)
Anthony C. DeCinque (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone:   (212) 336-2000
Fax:       (212) 336-2222
Email:    gldiskant@pbwt.com
              emgelernter@pbwt.com
              adecinque@pbwt.com

Charles D. Hoffmann (*pro hac vice*)
Sean R. Marshall (*pro hac vice*)
HOFFMANN MARSHALL & STRONG LLP
116 W. 23rd Street, Suite 500
New York, NY 10011
Phone:   (212) 851-8403
Fax:       (646) 741-4502
Email:    charlie@hmscounsel.com
              sean@hmscounsel.com

Kelly A. Evans (NV Bar No. 7691)
Chad R. Fears (NV Bar No. 6970)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Phone:   (702) 784-5200
Fax:       (702) 784-5252
Email:    kevans@swlaw.com
              cfears@swlaw.com

*Attorneys for Defendants LifeScan, Inc.;
LifeScan Scotland, Ltd.; and Johnson & Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHARMA TECH SOLUTIONS, INC. and DECISION IT CORP.,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFESCAN, INC., LIFESCAN SCOTLAND, LTD., and JOHNSON AND JOHNSON,<br><br>Defendants. | Case No. 2:16-cv-00564-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO SUBMIT REPLY PAPERS IN SUPPORT OF LIFESCAN'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendants LifeScan, Inc.; LifeScan Scotland, Ltd.; and Johnson and Johnson (collectively, "LifeScan") file this Stipulation and [Proposed] Order to Extend the Deadline to Submit Reply Papers in Support of LifeScan's Motion to Dismiss. LifeScan seeks a one-week extension, until September 19, 2016, to submit its reply papers. This is LifeScan's first request to extend the deadline. This request complies with Local Rules IA 6-1, IA 6-2, and 7-1. This request is made before the current deadline—September 12, 2016.

This request is being made to accommodate LifeScan's counsels' schedule. Counsel has two other briefs due on September 12, one in the Supreme Court. Plaintiffs' counsel has courteously agreed to this extension.

Accordingly, all parties respectfully ask the Court to order that LifeScan's deadline to submit its reply papers in support of its motion to dismiss is now September 19, 2016.

Dated: September 6, 2016

SNELL & WILMER L.L.P.

By: */s/ Chad R. Fears*
Chad R. Fears, NV Bar No. 6970
Kelly A. Evans, NV Bar No. 7691
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Gregory L. Diskant (*pro hac vice*)
Eugene M. Gelernter (*pro hac vice*)
Anthony C. DeCinque (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Charles D. Hoffmann (*pro hac vice*)
Sean R. Marshall (*pro hac vice*)
HOFFMANN MARSHALL & STRONG LLP
116 W 23rd Street, Suite 500
New York, NY 10011

*Attorneys for Defendants*

FOX ROTHSCHILD L.L.P.

By: */s/ William Rudy*
William Rudy (*pro hac vice*)
1225 17th St., Ste. 2200
Denver, CO 80202

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated  September 9, 2016.

- 2 -