AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **Nevada**

Pharma Tech Solutions, Inc., et al.
        Plaintiff(s),
V.
Lifescan, Inc., et al.
        Defendant(s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:16-cv-00564-RFB-PAL

Notice is hereby given that, subject to approval by the court, **Johnson and Johnson** substitutes
(Party (s) Name)

**Chad R. Fears of Evans Fears & Schuttert LLP**, State Bar No. **6970** as counsel of record in
(Name of New Attorney)

place of **Chad R. Fears of Snell & Wilmer LLP**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Evans Fears & Schuttert LLP
 Address: 2300 West Sahara Avenue, Suite 1300, Las Vegas, NV 89102
 Telephone: (702) 805-0290   Facsimile (702) 805-0291
 E-Mail (Optional): cfears@efstriallaw.com

I consent to the above substitution.
Date: 4/7/17
                  (Signature of Party (s))

I consent to being substituted.
Date: 4/12/17
                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/12/17
                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]