Gregory L. Diskant (admitted *pro hac vice*)
Eugene M. Gelernter (admitted *pro hac vice*)
Anthony C. DeCinque (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone:   (212) 336-2000
Fax:       (212) 336-2222
Email:    gldiskant@pbwt.com
              emgelernter@pbwt.com
              adecinque@pbwt.com

Charles D. Hoffmann (admitted *pro hac vice*)
Sean R. Marshall (admitted *pro hac vice*)
HOFFMANN MARSHALL & STRONG LLP
116 W 23rd Street, Suite 500
New York, NY 10011
Phone:   (212) 851-8403
Fax:       (646) 741-4502
Email:    charlie@hmscounsel.com
              sean@hmscounsel.com

Chad R. Fears (NV Bar #6970)
EVANS FEARS & SCHUTTERT LLP
2300 W. Sahara Ave., Suite 1130
Las Vegas, 89102
Phone:   (702) 805-0290
Fax:       (702) 805-0291
Email:    cfears@efstriallaw.com

*Attorneys for Defendants LifeScan, Inc.;
LifeScan Scotland, Ltd.; and Johnson & Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHARMA TECH SOLUTIONS, INC. and DECISION IT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> LIFESCAN, INC., LIFESCAN SCOTLAND, LTD. and JOHNSON AND JOHNSON, <br><br> Defendants. | Case No. 2:16-CV-564-RFB-PAL <br><br> **MOTION BY DEFENDANTS TO ALLOW ANTHONY DECINQUE TO WITHDRAW AS COUNSEL** |

**MOTION**

Defendants LifeScan, Inc.; LifeScan Scotland, Ltd.; and Johnson and Johnson (collectively, "Defendants") file this motion to allow Anthony DeCinque to withdraw as *pro hac vice* counsel. This motion is based on the papers and pleadings on file, the Declaration of Anthony DeCinque below, and the following Memorandum of Points and Authorities.

Dated: April 24, 2017

*/s/ Anthony C. DeCinque*
PATTERSON BELKNAP WEBB & TYLER LLP
  Gregory L. Diskant
  Eugene M. Gelernter
  Anthony C. DeCinque

EVANS FEARS & SCHUTTERT LLP
  Chad R. Fears

HOFFMANN MARSHALL & STRONG LLP
  Charles D. Hoffmann
  Sean R. Marshall

*Attorneys for Defendants LifeScan, Inc.;*
*LifeScan Scotland, Ltd.; and Johnson & Johnson*

**DECLARATION**

I, Anthony DeCinque, hereby swear and state, under penalty of perjury, and having personal knowledge of all matters herein, as follows:

1. I am one counsel of record for Defendants LifeScan, Inc.; LifeScan Scotland, Ltd.; and Johnson and Johnson. I was admitted *pro hac vice* on June 16, 2016. See ECF Nos. 21 & 28.

2. I submit this declaration in accordance with LR IA 11-6(b).

3. I am leaving the firm of Patterson Belknap Webb & Tyler LLP as of April 28, 2017.

4. Several other lawyers will continue to represent Defendants in this case, including my former colleagues at Patterson Belknap Webb & Tyler LLP.

5. I have notified my clients of my intent to withdraw from this matter, and they have no objection.

6. I am not aware of any delay or other prejudice that would be caused by my withdrawal.

– 1 –

I declare, under penalty of perjury and laws of the United States of America, and that foregoing is true and accurate.

/s/ Anthony C. DeCinque
PATTERSON BELKNAP WEBB & TYLER LLP

**MEMORANDUM**

BECAUSE Anthony DeCinque is leaving Patterson Belknap Webb & Tyler LLP;

BECAUSE the defendants will continue to be represented by lawyers from Patterson Belknap Webb & Tyler LLP; from Evans, Fears & Schuttert LLP; and from Hoffmann Marshall & Strong LLP; and

BECAUSE the withdrawal of Mr. DeCinque will not result in any delay or prejudice;

Defendants request that the Court grant this motion.

/s/ Anthony C. DeCinque
PATTERSON BELKNAP WEBB & TYLER LLP
  Gregory L. Diskant
  Eugene M. Gelernter
  Anthony C. DeCinque

EVANS FEARS & SCHUTTERT LLP
  Chad R. Fears

HOFFMANN MARSHALL & STRONG LLP
  Charles D. Hoffmann
  Sean R. Marshall

*Attorneys for Defendants LifeScan, Inc.; LifeScan Scotland, Ltd.; and Johnson & Johnson*

**IT IS SO ORDERED:**

**Dated:**_____          _____
**UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE**

– 2 –

**CERTIFICATE OF SERVICE**

The foregoing **Motion by Defendants to Allow Anthony DeCinque to Withdraw as Counsel** is being electronically served on all counsel of record by ECF filing.

> _/s/ Anthony DeCinque_
> Anthony DeCinque