Gregory L. Diskant (admitted *pro hac vice*)
Eugene M. Gelernter (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
Fax: (212) 336-2222
Email: gldiskant@pbwt.com
       emgelernter@pbwt.com

Charles D. Hoffmann (admitted *pro hac vice*)
Sean R. Marshall (admitted *pro hac vice*)
HOFFMANN MARSHALL & STRONG LLP
116 W 23rd Street, Suite 500
New York, NY 10011
Phone: (212) 851-8403
Fax: (646) 741-4502
Email: charlie@hmscounsel.com
       sean@hmscounsel.com

Kelly A. Evans (NV Bar #7691)
Chad R. Fears (NV Bar #6970)
EVANS FEARS & SCHUTTERT L.L.P.
2300 West Sahara Avenue
Suite 1130
Las Vegas, NV 89102
Phone: (702) 805-0290
Fax: (702) 805-0291
Email: kevans@efstriallaw.com
       cfears@efstriallaw.com

*Attorneys for Defendants LifeScan, Inc.;
LifeScan Scotland, Ltd.; and Johnson & Johnson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHARMA TECH SOLUTIONS, INC. and DECISION IT CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> LIFESCAN, INC., LIFESCAN SCOTLAND, LTD., and JOHNSON AND JOHNSON, <br><br> Defendants. | Case No. 2:16-cv-00564-RFB-PAL <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY DISCOVERY DEADLINE AND BRIEFING SCHEDULE FOR EXPEDITED MOTION FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

9849769v.1

Defendants LifeScan, Inc.; LifeScan Scotland, Ltd.; and Johnson and Johnson (collectively, "LifeScan") and Pharma Tech Solutions, Inc. and Decision IT Corp. (collectively, "Pharma Tech") (together with LifeScan, the "Parties") file this Stipulation and [Proposed] Order to Modify Discovery Deadline and Briefing Schedule for Expedited Motion for Summary Judgment.  The Parties seek the following adjustments to the Court's March 13, 2017 Order (D.I. 48) in order to provide additional time for expert depositions and to adjust the briefing schedule for the expedited partial motion for summary judgment in this case:

- an extension of the discovery period until July 24, 2017;
- a two-week extension to submit LifeScan's expedited motion for summary judgment until July 24, 2017;
- a three-week extension to submit Pharma Tech's response until August 28, 2017;
- a three-week extension to submit LifeScan's reply until September 18, 2017.

The proposed modifications to the schedule are set forth below:

| Event | Current | Proposed |
|---|---|---|
| End of Discovery Period | June 16, 2017 | July 24, 2017 |
| LifeScan's Expedited Motion for Summary Judgment | July 10, 2017 | July 24, 2017 |
| Pharma Tech's Response | August 7, 2017 | August 28, 2017 |
| LifeScan's Reply | August 28, 2017 | September 18, 2017 |

/ / /

/ / /

/ / /

9849769v.1

This request is being made to accommodate the schedules of the Parties' experts and counsel in this case. The Parties therefore respectfully ask the Court to so-order the proposed schedule set forth above.

Dated June 13, 2017

| EVANS FEARS & SCHUTTERT L.L.P. | FOX ROTHSCHILD L.L.P. |
|---|---|
| By: */s/ Chad R. Fears*<br>Chad R. Fears, Esq.<br>Nevada Bar No. 6970<br>2300 West Sahara Avenue, Suite 1130<br>Las Vegas, NV 89102 | By: */s/ William Rudy*<br>William Rudy, Esq. (*pro hac vice*)<br>Admitted *pro hac vice*<br>1225 17th St Ste 2200<br>Denver, CO 80202 |
| *Attorneys for Defendants LifeScan, Inc.; LifeScan Scotland, Ltd.; and Johnson & Johnson* | *Attorneys for Plaintiffs Pharma Tech Solutions, Inc. and Decision IT Corp.* |

**ORDER**

**IT IS SO ORDERED.**

_____
United States District Judge
United States Magistrate Judge

Dated _____

9849769v.1