1   Mark Connot (10010)
    **FOX ROTHSCHILD LLP**
2   1980 Festival Plaza Drive, Suite 700
    Las Vegas Nevada 89135
3   Telephone: 702.262.6899
    Fax: 702.597.5503
4   mconnot@foxrothschild.com

5   John Shaeffer(*admitted PHV)*
    Jeff Grant (*admitted PHV)*
6   **FOX ROTHSCHILD LLP**
    1800 Century Park East, Suite 300
7   Los Angeles, California 90067-1506
    Telephone: 310.598.4150
8   Fax: 310.556.9828
    jshaeffer@foxrothschild.com
9   jgrant@foxrothschild.com

10  William Rudy (*admitted PHV)*
    **FOX ROTHSCHILD LLP**
11  1225 17th Street, Suite 2200
    Denver, Colorado 80202
12  Telephone: 303.292.1200
    Fax: 303.292.1300
13  wrudy@foxrothschild.com

14  *Attorneys for Plaintiffs Pharma Tech Solutions, Inc.*
    *And Decision IT Corp.*
15

16

17                **UNITED STATES DISTRICT COURT**

18                     **DISTRICT OF NEVADA**

19

20  PHARMA TECH SOLUTIONS, INC. and          Case No.: 2:16-cv-00564-RFB-PAL
    DECISION IT CORP.,

21              Plaintiffs,                    **MOTION TO CONTINUE SCHEDULING
                                               CONFERENCE AND TO APPEAR**
22         v.                                  **TELEPHONICALLY**

23  LIFESCAN, INC., LIFESCAN SCOTLAND,
    LTD. and JOHNSON AND JOHNSON
24
                Defendants.
25

26       Due to a scheduling conflict, Plaintiffs Pharma Tech Solutions, Inc. and Decision IT

27  Corp. respectfully ask the Court to reschedule the hearing currently set for June 27, 2017 at 9:00

28  a.m. Due to a previous commitment, Plaintiffs' counsel is unavailable on June 27, 2017.

ACTIVE\49586372.v1-6/13/17

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135

1    Plaintiffs have discussed this issue with Defendants' counsel, and Defendants have no objection

2    to this request. For scheduling purposes, counsel for Plaintiffs and Defendants have discussed

3    mutual availability, and counsel are unavailable June 17 and 22, June 26 through 30; July 1

4    through 14, July 26-27 and August 10 through 31.

5           Plaintiffs and Defendants also request permission for their out-of-state counsel to appear

6    telephonically for the scheduling conference.

7           DATED this 15th day of June, 2017

8

9                                                    FOX ROTHSCHILD LLP

10

11                                                   */s/ Mark J. Connot*
                                                     MARK CONNOT (10010)
12                                                   1980 Festival Plaza Drive, Suite 700
                                                     Las Vegas Nevada 89135
13                                                   *Attorneys for Plaintiffs Pharma Tech Solutions,*
                                                     *Inc. and Decision IT Corp.*

14

15    IT IS SO ORDERED.

16    DATED:  June __, 2017          _____

17                                                   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

ACTIVE\49586372.v1-6/13/17

**FOX ROTHSCHILD LLP**
**1980 Festival Plaza Drive, #700**
**Las Vegas, Nevada 89135**