AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Pharma Tech Solutions, Inc., et al.,

                Plaintiffs,

v.

Lifescan, Inc., et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00564-RFB-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Defendants and against Plaintiffs.

10/24/2018
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk